**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of South Carolina

Case number (*If known*): _____ Chapter _____ 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Matadoor Restaurant Group, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Del Taco (DBA) |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 99-0582591 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 233 North Main Street | 3620 Pelham Road |
| Number        Street | Number        Street |
| Suite 7 | Unit 5 - PMB 15 |
| | P.O. Box |
| Greenville        SC        29601 | Greenville        SC        29615 |
| City                State        ZIP Code | City                State        ZIP Code |
| | |
| | **Location of principal assets, if different from principal place of business** |
| Greenville County | |
| County | Number        Street |
| | |
| | City                State        ZIP Code |

5. **Debtor's website** (URL)    reddoorbrandsllc.com

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

Debtor    Matadoor Restaurant Group, LLC                                    Case number (if known)_____
_____
Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

72251____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                                        MM / DD / YYYY

                District _____ When _____ Case number _____
                                                        MM / DD / YYYY

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  Red Door Pizza, LLC _____  Relationship _____

                District  US Bankruptcy Court, South Carolina _____  When _____
                                                                                        MM  /  DD  / YYYY

                Case number, if known _____

| Debtor | Matadoor Restaurant Group, LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____

Number          Street

_____

_____   _____   _____
City                                                          State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name          _____

Phone          _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Matadoor Restaurant Group, LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/15/2025
MM   / DD / YYYY

✗ /s/ Argus Wiley
Signature of authorized representative of debtor

Argus Wiley
Printed name

Title  Manager

**18. Signature of attorney**

✗ /s/ Christine E. Brimm          Date  07/15/2025
Signature of attorney for debtor          MM    / DD  / YYYY

Christine E. Brimm
Printed name

Barton Brimm, PA
Firm name

P.O. Box 14805
Number        Street

Myrtle Beach          SC        29587
City          State      ZIP Code

8032566582          cbrimm@bartonbrimm.com
Contact phone          Email address

SC 6569 / FED 6313          SC
Bar number          State

---

Matadoor Restaurant Group, LLC

Debtor _____          Case number *(if known)*_____
First Name        Middle Name        Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| Red Door Sandwich, LLC | US Bankruptcy Court, South Carolina |
|---|---|
| Maverick Restaurant Group, LLC | US Bankruptcy Court, South Carolina |

| Fill in this information to identify the case: |
| --- |
| Debtor name ___Matadoor Restaurant Group, LLC___ |
| United States Bankruptcy Court for the: District of South Carolina |
| Case number (If known): _____ |

☐ Check if this is an
amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Jack in the Box c/o Debbie Simmons 9357 Spectrum Center Blvd. San Diego, CA, 92123 | | | | | | 619,710.00 |
| 2 | Jetz Foods LLC 118 Lee Parkway Drive Suite 420 Chattanooga, TN, 37421 | | | | | | 473,303.37 |
| 3 | Clay Gullatt 1055 Lee Road 368 Valley, AL, 36854 | | | | | | 418,295.20 |
| 4 | Southeast Taco Hospitality 1526 Monthe Sano Avenue Augusta, GA, 30904 | | | | | | 300,000.00 |
| 5 | Del Taco 25521 Commercentre Drive Suite 150 Lake Forest, CA, 92630 | | | | | | 148,224.66 |
| 6 | IPFS Corporation P.O. Box 730223 Dallas, TX, 75373-0223 | | | | | | 125,097.12 |
| 7 | AT&T P.O. Box 5076 Carol Stream, IL, 60197-5076 | | | | | | 124,149.04 |
| 8 | Merchants Bonding Company P.O. Box 14498 Des Moines, IA, 50306-3498 | | | | | | 59,830.00 |

Debtor        Matadoor Restaurant Group, LLC
              _____
              Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | MK Laguna c/o Mac Kamara 900 Holcomb Bridge Road, Suite 2 Roswell, GA, 30076 | | | | | | 48,000.00 |
| 10 | Loomis P.O. Box 120757, Dept. 0757 Dallas, TX, 75312-0757 | | | | | | 46,233.32 |
| 11 | Central Georgia Refrigeration 4800 Raley Road Ringgold, GA, 30736 | | | | | | 35,135.68 |
| 12 | Scott Jacoby and Michael Hertz P.O. Box 5569 Sherman Oaks, CA, 91413 | | | | | | 30,000.00 |
| 13 | Falcon Development c/o Matt Falcon 5728 Major Blvd., Suite 505 Orlando, FL, 32819 | | | | | | 27,000.00 |
| 14 | Gray Whale, LLC c/o Jagpal Deo 3525 A Del Mar Heights Road San Diego, CA, 92130 | | | | | | 24,750.00 |
| 15 | Whitmore LLC c/o Christine Delado 1101 Ben Tobin Drive Hollywood, FL, 33021 | | | | | | 21,113.82 |
| 16 | Soft Play 13310 James Casey Avenue Englewood, CO, 80112 | | | | | | 20,263.07 |
| 17 | DT GA LLC c/o Aviv Rubin 5555 DTC Parkway, Suite 375 Englewood, CO, 80111 | | | | | | 20,000.00 |
| 18 | NCR Voyix Corporation P.O. Box 198755 Atlanta, GA, 30384-8755 | | | | | | 17,006.50 |
| 19 | CP Partners 3100 Calle Del Montana Sedona, AZ, 86336 | | | | | | 13,000.00 |
| 20 | Georgia Power 96 Annex Atlanta, GA, 30396 | | | | | | 12,546.82 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:                                    )
                                          )
Matadoor Restaurant Group, LLC,           )        Case # 25-_____
                                          )
_____Debtor._____)             Chapter 11

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Fed. R. Bankr. P. 7001.1, Matadoor Restaurant Group, LLC, discloses that Red Door Brands, LLC owns 100% of the corporation's equity interests, and that such entity is in turn owned 100% by Argus Wiley.


Dated:July 14, 2025                       MATADOOR RESTAURANT GROUP, LLC

                                          By:_____
                                          Argus Wiley, Manager

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:                                    )
                                          )
Matadoor Restaurant Group, LLC,           )          Case # 25-_____
                                          )
_____Debtor._____)          Chapter 11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Argus Wiley, declare under penalty of perjury that I am the Manager of Matadoor Restaurant Group, LLC, and I am the sole member of its parent company, Red Door Brands, LLC, and that the following resolutions have been adopted by the Sole Member of said Company by unanimous consent in lieu of a meeting on the 14th day of July, 2025.

Be It Therefore Resolved, that Argus Wiley, Manager of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Argus Wiley, Manager of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case; and

Be It Further Resolved, that Argus Wiley, Manager of this limited liability company, is authorized and directed to employ Christine E. Brimm, attorney and the law firm of Barton Brimm, PA to represent the company in such bankruptcy case.

Dated: July 14, 2025                    MATADOOR RESTAURANT GROUP, LLC

                                        By:_____
                                        Red Door Brands, LLC, its Sole Member
                                        By: Argus Wiley, Sole Member of Red Door
                                        Brands, LLC

Alabama Department of Labor
649 Monroe Street
Montgomery, AL 36131

Alabama Department of Revenue
P.O. Box 830725
Birmingham, AL 35283-0725

Alabama Department of Revenue
P.O. Box 154
Montgomery, AL 36135-0001

Alabama Power
P.O. Box 242
Birmingham, AL 32592

ALDOR Sales and Use Tax Division
P.O. Box 327710
Montgomery, AL 36132-7710

Allatoona Plumbing, Inc.
316 Creekwater Drive
Acworth, GA 30101

American Express
P.O. Box 96001
Los Angeles, CA 90096-8000

American Steam Cleaning, LLC
2480 Mandy Court SW
Marietta, GA 30064

Amur Equipment
304 W. 3rd Street
Grand Island, NE 68801

Apex Funding Silver, LLC
2875 NE 191st
Miami, FL 33180

Apex MCA Holdings
2875 NE 191st
Miami, FL 33180

Arc3 Gases, Inc.
P.O. Box 896866
Charlotte, NC 28289-6866

AT&T
P.O. Box 5076
Carol Stream, IL 60197-5076

Authentic Builders
217 Forest Run
Palmetto, GA 30268

Barco Uniforms
350 W. Rosecrans Avenue
Gardena, CA 90248

Beam
P.O. Box 96538
Charlotte, NC 28296-0538

Bentley Print
1608 Sierra Madre Circle
Placentia, CA 92870

BFI Waste Services, LLC
P.O. Box 71068
Charlotte, NC 28272-1068

Binh Thach
1343 Hudson Street
Seattle, WA 98108

Binn Thach
1343 Hudson Street
Seattle, WA 98108

Bite, Inc.
9 East 8th Street
New York, NY 10003

Bridgefield Casualty Insurance
P.O. Box 32034
Lakeland, FL 33802-2034

Brixmore
c/o Tonya Creekmore
1003 Holcomb Woods Parkway
Roswell, GA 30076

Brown & Brown Insurance Services, Inc.
P.O. Box 745961
Atlanta, GA 30374-5961

Brown Hiers Kinder, LLC
701 East Bay Street, Suite 509
Charleston, SC 29403

BRS Music & Sound
970 S. Via Rodeo
Placentia, CA 92870

Calhoun Utilities
700 West Line Street
Calhoun, GA 30701

Catoosa County Health Dept.
182 Tiger Trail
Ringgold, GA 30736

Central Georgia EMC
P.O. Box 70878
Charlotte, NC 28272-0878

Central Georgia Refrigeration
4800 Raley Road
Ringgold, GA 30736

Cherokee County Health Dept.
1130 Bluffs Parkway
Canton, GA 30114

Cintas Corp No. 2
P.O. Box 636525
Cincinnati, OH 45263-6525

Cintas Fire 636525
P.O. Box 636525
Cincinnati, OH `45263-6525

City of Calhoun
226 S. Wall Street
Calhoun, GA 30701

City of Centerville
300 East Church Street
Centerville, GA 31028

City of Conyers
901 O'Kelly Street
Conyers, GA 30012

City of Douglasville
P.O. Box 219
Douglasville, GA 30133-0219

City of Fort Oglethorpe
500 City Hall Drive
Fort Oglethorpe, GA 30742

City of Gainesville
P.O. Box 779
Gainesville, GA 30503

City of Gainesville Tax Office
P.O. Box 2496
Gainesville, GA 30503

City of Hiram
217 Main Street
Hiram, GA 30141

City of Lawrenceville
P.O. Box 2200
Lawrenceville, GA 30046-2200

City of McDonough
126 Keys Ferry Street
Mcdonough, GA 30253

City of Morrow
6311 C. Murphy Drive
Morrow, GA 30260

City of Opelika
204 S. 7th Street
Opelika, AL 36801

City of Rome
P.O. Box 1711
Rome, GA 30162-1711

City of Smyrna
3180 Atlanta Road
Smyrna, GA 30080

City of Snellville
2342 Oak Road
Snellville, GA 30078

City of Tucker
1975 Lakeside Parkway
Tucker, GA 30084

City of Warner Robins
P.O. Box 8659
Warner Robins, GA 31095

City of Woodstock
12453 Highway 92
Woodstock, GA 30188-3698

Clay Gullatt
1055 Lee Road 368
Valley, AL 36854

Clayton County Water Authority
P.O. Box 117195
Atlanta, GA 30368-7195

Cobb County
P.O. Box 649
Marietta, GA 30061-0649

Cobb County Water System
P.O. Box 580234
Charlotte, NC 28258-0234

Cobb EMC
P.O. Bodx 745711
Atlanta, GA 30374-5711

Cobb Environmental Health
1650 County Services Parkway SW
Marietta, GA 30008

Coca-Cola North America
P.O. Box 101086
Atlanta, GA 30392-1086

Columbus Fire & Safety
3101 2nd Avenue
P.O. Box 791
Columbus, GA 31902

Columbus Water Works
P.O. Box 1600
Columbus, GA 31902-1600

Comcast
P.O. Box 71211
Charlotte, NC 28272-1211

Commercial Electronics
P.O. Box 200379
Dallas, TX 75320-0379

Conservice
P.O. Box 1530
Hemet, CA 92546

Copper Advisors
777 Lowndes Hill Road
Bldg 2, Suite 102
Greenville, SC 29607

Coweta-Fayette EMC
P.O. Box 70878
Charlotte, NC 28272-0878

Cox Business
P.O. Box 913367
Dallas, TX 75391-9367

CP Partners
3100 Calle Del Montana
Sedona, AZ 86336

CP Partners
c/o Clyde C. Greco, Jr.
3100 Calle Del Montana
Sedona, AZ 86336

Credit Line Capital Group
124 Grove Avenue, Suite 194
Cedarhurst, NY 11516

Dalton Utilities
P.O. Box 117614
Atlanta, GA 30368-7614

Darling Ingredients, Inc.
P.O. Box 554885
Detroit, MI 48255-4885

Dekalb County Georgia
774 Jordan Lane, Suite 200
Decatur, GA 30033

Dekalb Environmental Health
445 Winn Way, Suite 320
Decatur, GA 30030

Del Taco
25521 Commercentre Drive
Suite 150
Lake Forest, CA 92630

Del Taco Corp.
25521 Commercentre Drive
Suite 150
Lake Forest, CA 92630

Development Services
12453 Highway 92
Woodstock, GA 30188

Direct Connect Plumbing
4363 Shallowford Industrial Parkway
Marietta, GA 30066

Diversified Fire & Safety
155 Westridge Parkway
Suite 309
Mcdonough, GA 30253

Divisions, Inc.
3513 Solutions Center
Chicago, IL 60677-3005

DoorDash
116 New Montgomery Street
San Francisco, CA 94105

Douglas Environmental Health
8700 Hospital Drive, 1st Floor
Gouglasville, GA 30134

Douglasville Water & Sewer
P.O. Box 1178
Douglasville, GA 30133

DT GA LLC
c/o Aviv Rubin
5555 DTC Parkway, Suite 375
Englewood, CO 80111

DT GA LLC
c/o Aviv Rubin
555 DTC Parkway, Suite 375
Englewood, CO 80111

DT GA, LLC
c/o Aviv Rubin
5555 DTC Parkway, Suite 375
Englewood, CO 80111

Ecolab Pest Elimination
26252 Network Place
Chicago, IL 60673-1262

Ecotrak
18004 Sky Park Circle
Suite 100
Irvine, CA 92614

Elite Funding dba New Capital Solutions
500 W. Putnam Avenue, Suite 400
Greenwich, CT 06830

Encore Bank
18 S. Markley Street, Suite A
Greenville, SC 29601

Envysion, Inc.
P.O. Box 669142
Dallas, TX 75266-9142

EPC, Inc.
1290 Arrowhead Court, Suite B
Crown Point, IN 46307

Evridike Kollis, esq.
Kollis Law PLLC
222 W. 37th Street, 9th Floor
New York, NY 10018

Falcon Development
c/o Matt Falcon
5728 Major Blvd., Suite 505
Orlando, FL 32819

Fayette County Health Dept.
245 Booker Avenue, Suite E
Fayetteville, GA 30214

First Coast Corporate Service
P.O. Box 23788
Shawnee Mission, KS 66283

Flat Rock
180 Maiden Lane, Suite 1103
New York, NY 10038

Flint EMC
P.O. Box 70878
Charlottw, NC 28272-0878

Floyd County Health Dept.
16 East 12th Street
Rome, GA 30161

Funderzgroup LLC
dba Link Advance
750 East Main Street, 6th Floor
Stamford, CT 06901

Gainesville Georgia
300 Henry Ward Way SE
Gainesville, GA need zip

Galt Funding Co.
103 Chester Avenue
Brooklyn, NY 11218

Gas South
P.O. Box 530552
Atlanta, GA 30353-0552

Gasket Guy of Northeast Georgia
644 Freeman Brock
Auburn, GA 30011

Georgia Department of Labor
223 Courtland Street, NE
Suite 300
Atlanta, GA 30303

Georgia Department of Revenue
1800 Century Blvd., NE
Suite 12000
Atlanta, GA 30345

Georgia Dept of Revenue
735 N. Westover Blvd.
Suite A
Albany, GA 31707

Georgia Dept. of Revenue
528 Broad Street, SE
Gainesville, GA 30501-3728

Georgia Dept. of Revenue
1047 Summit Grove Dirve
Building 100, Suite 101
Watkinsville, GA 30677

Georgia Dept. of Revenue
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345-3173

Georgia Dept. of Revenue
610 Ronald Reagan Drive
Building G-1
Evans, GA 30809

Georgia Dept. of Revenue
1000 Towne Center Blvd.
Building 900, Suite A
Pooler, GA 31322

Georgia Dept. of Revenue
314 East Main Street, Suite 150
Cartersville, GA 30120

Georgia Dept. of Revenue
1501 13th Street, Suite A
Columbus, GA 31901

Georgia Dept. of Revenue
1214 N. Peterson Avenue, Suite 1
Douglas, GA 31533

Georgia Dept. of Revenue
6055 Lakeside Commons Drive
Suite 220
Macon, GA 31210

Georgia Dept. of Revenue
4125 Welcome All Road
Suite 914
Atlanta, GA 30349

Georgia Power
96 Annex
Atlanta, GA 30396

Getz Partners
need address

GFL Environmental
P.O. Box 555193
Detroit, MI 48255-5193

GOTO Communications, Inc.
P.O. Box 412252
Boston, MA 02241-2252

Gray Whale, LLC
c/o Jagpal Deo
3525 A Del Mar Heights Road
San Diego, CA 92130

Grey Whale, LLC
3525 A Del Mar Heights Road
San Diego, CA 92130

Grey Whale, LLC
c/o Jagpal Deo
3525 A Del Mar Heights Road
San Diego, CA 92130

Greystone Power Corporation
P.O. Box 6071
Douglasville, GA 30154-6071

GrubHub
222 W. Merchandise Mart Plaza
Chicago, IL 60654

Gwinnett County Water
P.O. Box 105023
Atlanta, GA 30348-5023

Gwinnett Environmental Health
455 Grayson Highway
Suite 600
Lawrenceville, GA 30046

Hall County Environmental Health Dept.
P.O. Box 5901
Gainesville, GA 30504

Helget Gas Products
P.O. Box 30197
Omaha, NE 68103-1297

Henry County Water Authority
1695 Highway 20 W
McDonough, GA 30253-7311

HM Electronics, Inc.
P.O. Box 208713
Dallas, TX 75320-8713

Houston County Health Dept.
98 Cohen Walker Drive
Warner Robins, GA 31088

Ihagee Service Company
406 Ownes Road
Fort Mitchell, AL 36856

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223

Jack in the Box
c/o Debbie Simmons
9357 Spectrum Center Blvd.
San Diego, CA 92123

Jackson EMC
P.O. Box 166023
Altamont Springs, FL 32716-6023

Jetz Foods LLC
118 Lee Parkway Drive
Suite 420
Chattanooga, TN 37421

JMF Solutions, Inc.
P.O. Box 222
Daphne, AL 36526

Legend Landscape, Inc.
4075 Rex Road
Rex, GA 30273

Liberty
75 Remittance Drive
Suite 1918
Chicago, IL 60675-1918

Loomis
P.O. Box 120757, Dept. 0757
Dallas, TX 75312-0757

Maintenx
P.O. Box 21288
Tampa, FL 33622

Mansfield Powser & Gas, LLC
P.O. Box 733714
Dallas, TX 75373-3714

Mask Consultants
P.O. Box 40160
Columbia, SC 29240

McLane Food Service
c/o Dan Powers, Acct Manager
2085 Midway Road
Carrollton, TX 75006

McLane FoodService, Inc.
P.O. Box 800
Rocky Mount, NC 27802

Merchants Bonding Company
P.O. Box 14498
Des Moines, IA 50306-3498

Michael Hertz
P.O. Box 5569
Sherman Oaks, CA 91413

MK Laguna
c/o Mac Kamara
900 Holcomb Bridge Road, Suite 2
Roswell, GA 30076

MK Laguna, LLC
c/o Mac Kamara
900 Holcomb Bridge Road, Suite 2
Roswell, GA 30076

MK Luguna, LLC
c/o Mac Kamara
900 Holcomb Bridge Road, Suite 2
Roswell, GA 30076

Mood Media
P.O. Box 71070
Charlotte, NC 28272-1070

Mr. Clean
1271 Country Club Drive
Ozark, AL 36360

Mynt Advance
100 Biscayne Blvd., #2303
Miami, FL 33132

NCR Voyix Corporation
P.O. Box 198755
Atlanta, GA 30384-8755

North Gerogia EMC
P.O. Box 1407
Dalton, GA 30722-1407

Olo, Inc.
285 Fulton Street, Floor 82
New York, NY 10007

Opelika Power Services
600 Fox Run Parkway
Opelika, AL 36801

Opelika Water
P.O. Box 2587
Opelika, AL 36801

Optilink

Palmer LLC
6201 E. Bay Shore Walk
Long Beach, CA 90803

Parkview Advance, LLC
600 Summer Street
Stamford, CT 06901

Paulding County Health Dept.
240 Constitution Blvd.
Dallas, TX 30132

Paulding County Water System
P.O. Box 168
Dallas, GA 30132

Payfluence
116 South Pleasantburg Drive
Suite A
Greenville, SC 29607

Phenix City Utilities
1119 Broad Street
P.O. Box 760
Phenix City, AL 36868-0760

Phoenix Comfort Services
P.O. Box 1646
Macclenny, FL 32063

Point Broadband
P.O. Box 429
Bristol, VA 24203-0429

Price Davis, Inc.
P.O. Box 190
Iron Station, NC 28080-0190

Priority One Sound, Inc.
5100 E. La Palma Avenue
Suite 116
Anaheim, CA 92807

Real Clean Services, Inc.
P.O. Box 2161
Kennesaw, GA 30156

Resource Point of Sale
1765 E. Elston Avenue
Suite 201
Chicago, IL 60642

Rockdale Environmental Health
1329 Portman Drive, Suite F
Conyers, GA 30094

Rockdale Water Resources
P.O. Box 1378
Conyers, GA 30012

Roll Off Systems, Inc.
1100 B. Garrett Drive
Statham, GA 30666

S. Thomas & Associates, Inc.
1216 Ford Street
Irving, TX 75061

SC Department of Employment and Workforce
1550 Gadsden Street
P.O. Box 995
Columbia, SC 29202

SC Department of Revenue
Attn: Office of General Counsel - Bankr
300A Outlet Pointe Blvd.
Columbia, SC 29210

Scana Energy
P.O. Box 105046
Atlanta, GA 30348-5046

Scott Jacoby
P.O. Box 5569
Sherman Oaks, 91413

Scott Jacoby and Michael Hertz
P.O. Box 5569
Sherman Oaks, CA 91413

Smith, Hulsey & Busey
P.O. Box 53315
Jacksonville, FL 32201-3315

Soft Play
13310 James Casey Avenue
Englewood, CO 80112

Southeast Taco Hospitality
1526 Monthe Sano Avenue
Augusta, GA 30904

Spectrum
P.O. Box 94188
Palantine, IL 60094-4188

Spire
P.O. Box 70880
Charlotte, CA 28272-0880

Staples
P.O. Box 70242
Philadelphia, PA 19176-0242

Stellar Capital, LLC
600 Summer Street, Suite 204
Stamford, CT 06901

SuperOrder
2261 Market Street, #4011
San Francisco, CA 94114

Synergi Partners, Inc.
P.O. Box 5599
Florence, SC 29502-5599

T&T Produce
P.O. Box 5756
Fort Oglethorpe, GA 30742

Taylor Freezer Sales Co of Georgia, Inc.
P.O. Box 2130
Cumming, GA 30028-2130

The Wasserstrom Company
P.O. Box 933469
Cleveland, OH 44193

True Natural Gas
P.O. Box 70878
Charlotte, NC 28272-0878

TWC Services
P.O. Box 14496
Des Moines, IA 50306-3496

UberEats
1455 Market Street
San Francisco, CA 94103

UHS Premium Billing
P.O. Box 94017
Palatine, IL 60094-4017

Union Funding Source, Inc.
1835 E. Hallandale Beach Blvd. #278
Hallandale, FL 33009

Velocity Capital Group, LLC
333 Pearsall Avenue
Cedarhurst, NY 11516

Voda Cleaning & Restoration
2001 Duncan Drive, Unit 1831
Kennesaw, GA 30156

W&S Investment Property, LLC
c/o Jian Lin
3341 Bartlett Avenue
Conyers, GA 30013

Walton EMC
P.O. Box 1347
Monroe, GA 30655-1347

Whitfield County Health Dept.
136 Gillespie Drive
Attn: ENV. Health
Dalton, GA 30721

Whitmore LLC
c/o Christine Delado
1101 Ben Tobin Drive
Hollywood, FL 33021

Whitmore, LLC
c/o Christine Delado
1101 Ben Tobin Drive
Hollywood, FL 33021

Williams Scotsman, Inc.
P.O. Box 91975
Chicago, IL 60693-1975

Windstream Enterprise
P.O. Box 325310
Little Rock, AR 72212

WM Corporation Services, Inc.
P.O. Box 4648
Coral Stream, IL 60197-4648

World Pay
MD: 1GH2Y1
8500 Governors Hill Drive
Cincinnati, OH 45249

Wow Business
P.O. Box 4350
Carol Stream, IL 30197-4350

Zutek, LLC
2150 51st Avenue E, Suite 112
Palmetto, FL 34221