**Fill in this information to identify the case:**

Debtor name ___Matadoor Restaurant Group, LLC___

United States Bankruptcy Court for the: ___District of South Carolina___
(State)

Case number (If known): ___25-02698___

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................... $ ___0.00___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................................. $ ___501,091.44___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................... $ ___501,091.44___

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................ $ ___3,280,360.87___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ....................................................... $ ___5,250.69___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............................................... +$ ___3,538,665.68___

4. **Total liabilities** .................................................................................................... $ ___6,824,277.24___
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _____Matadoor Restaurant Group, LLC_____

United States Bankruptcy Court for the: __District of South Carolina_____

Case number (If known): ____25-02698_____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                                                          $ 11,200.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. Truist Bank | Checking | 4 3 8 0 | $ 1,436.54 |
| 3.2. See continuation sheet | | | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. UberEats | $ 0.00 |
| --- | --- |
| 4.2. See continuation sheet | $ 26,127.03 |

5. **Total of Part 1**                                                                                       $ 38,763.57

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **Part 2:** | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. _____ | $ _____ |
| --- | --- |
| 7.2. _____ | $ _____ |

Debtor    Matadoor Restaurant Group, LLC
_____    Case number (if known) 25-02698
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. prepaid with a 15 store development deal _____    $ 300,000.00 _____

8.2. _____    $ _____

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.    $ 300,000.00 _____

10. **Does the debtor have any accounts receivable?**
    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    _____  –  _____  = ........➔    $ _____
                            face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    _____  –  _____  = ........➔    $ _____
                         face amount          doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ _____

13. **Does the debtor own any investments?**
    ☐ No. Go to Part 5.
    ☑ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____
14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                   % of ownership:

15.1. _____    _____%    _____    $ _____
15.2. _____    _____%    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. Merchants Bonding Company (8 policies) _____    _____    $ 53,887.84
16.2. _____    _____    $ _____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.    $ 53,887.84 _____

Debtor    Matadoor Restaurant Group, LLC _____    Case number (*if known*) ___25-02698___
Name

---

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> _____ | ___ / ___ / ___ <br> MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20. Work in progress** <br> _____ | ___ / ___ / ___ <br> MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21. Finished goods, including goods held for resale** <br> _____ | ___ / ___ / ___ <br> MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **22. Other inventory or supplies** <br> Food/paper | 06/17/2025 <br> MM / DD / YYYY | 108,440.03 <br> $ _____ | | 108,440.03 <br> $ _____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 108,440.03

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value  198,490.00    Valuation method _____    Current value  198,490.00

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** <br> _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** <br> _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** <br> _____ | $ _____ | _____ | $ _____ |

Debtor    Matadoor Restaurant Group, LLC        Case number (if known) 25-02698
          Name

---

**33.  Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                    $_____

**34.  Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture**<br>Store Furniture (need to add from share folder) | $_____ | _____ | $ 0.00 |
| **40.  Office fixtures**<br>Store Fixtures (need to add from share folder) | $_____ | _____ | $ 0.00 |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software**<br>Store Equipment, computers, etc. (need to add from share folder) | $_____ | _____ | $ 0.00 |
| **42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43.  Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                    $ 0.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Matadoor Restaurant Group, LLC
_____
          Name

Case number *(if known)*   25-02698

---

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Malador Restaurant Group, LLC    Case number (if known) 25-02698
_____
Name

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Leasehold Interests - see Attachment 55 | | $ 0.00 | | $ 0.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites**<br>reddoorbrandsllc.com | $ | | $ 0.00 |
| **62. Licenses, franchises, and royalties**<br>Del Taco Franchise | $ | | $ 0.00 |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    Matadoor Restaurant Group, LLC _____    Case number *(if known)* 25-02698
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

Money owed from MVP Restaurant Group, LLC     30,650.08 _____ 30,650.08 _____ = ➡    $ 0.00
                                             Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

See continuation sheet     $ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See continuation sheet     $ Unknown

**Nature of claim** _____

**Amount requested** $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

**Nature of claim** _____

**Amount requested** $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.     $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Matadoor Restaurant Group, LLC
Name

Case number *(if known)*    25-02698

---

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 38,763.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 300,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 53,887.84 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 108,440.03 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 501,091.44 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. 501,091.44 .................................................................    $ 501,091.44

| Debtor 1 | Matadoor Restaurant Group, LLC | | Case number *(if known)* 25-02698 |
|---|---|---|---|
| | First Name | Middle Name   Last Name | |

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Wells Fargo | Checking | 3456 |
| Balance: 0.00 | | |
| Encore Bank | Checking | 7879 |
| Balance: 0.00 | | |

**4) Other cash equivalents**

| General description | Current value |
|---|---|
| Grubhub | $0.00 |
| DoorDash | $26,127.03 |

**73) Interests in insurance policies or annuities**

| General description | Current value |
|---|---|
| Builders Risk - 1014 Gray Hwy, Macon GA (canceled) | 0.00 |
| Employment Practices Liability | 0.00 |
| General Liability - 1014 Gray Hwy, Macon, GA (canceled) | 0.00 |
| Excess Liability | 0.00 |
| General liability for other locations | 0.00 |
| Property for other locations | 0.00 |
| Workers Compensation | 0.00 |

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| General description | Nature of claim | Amount requested | Current value |
|---|---|---|---|
| Flatrock Capital Partners | Related to MCA Loans | 0.00 | Unknown |
| Credit Line Capital Group | Related to MCA Loans | 0.00 | Unknown |

Attachment to SCHEDULE A/B QUESTION #55

Maverick – locations

| |
|---|
| 605 E Parker St., Baxley, GA 31513 |
| 752 S 1st., Jesup, GA 31545 |
| 66 S Tallahassee St., Hazelhurst, GA 31539 |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td>Matadoor Restaurant Group, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of South Carolina</td></tr>
<tr><td>Case number (If known):</td><td>25-02698</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**
| | |
|---|---|
| **Creditor's name**<br>Amur Equipment | **Describe debtor's property that is subject to a lien** |

$ 106,004.35     $ 0.00

**Creditor's mailing address**
304 W. 3rd Street
Grand Island, NE 68801

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**
| | |
|---|---|
| **Creditor's name**<br>Apex Funding Silver, LLC | **Describe debtor's property that is subject to a lien** |

$929,418.00     $0.00

**Creditor's mailing address**
2875 NE 191st
Miami, FL 33180

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 3,280,360.87

Debtor  Matadoor Restaurant Group, LLC
Name

Case number *(if known)* 25-02698

---

**Part 1:**   **Additional Page**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
Elite Funding

**Describe debtor's property that is subject to a lien**

$123,000.00    $0.00

**Creditor's mailing address**

c/o Chris Temple, Triton Recovery Group
3111 N. University Drive, Suite 604, Pompa

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

---

**2.4** **Creditor's name**
Encore Bank

**Describe debtor's property that is subject to a lien**

$396,562.34    $0.00

**Creditor's mailing address**

18 S. Markley Street, Suite A
Greenville, SC 29601

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Matadoor Restaurant Group, LLC | Case number *(if known)* | 25-02698 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5** **Creditor's name**
Encore Bank

**Describe debtor's property that is subject to a lien**

$74,650.18            $0.00

**Creditor's mailing address**

18 S. Markley Street, Suite A
Greenville, SC 29601

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** **Creditor's name**
Funderzgroup LLC

**Describe debtor's property that is subject to a lien**

$536,400.00            $0.00

**Creditor's mailing address**

dba Link Advance
750 East Main Street, 6th Floor, Stamford,

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Matadoor Restaurant Group, LLC                                    Case number *(if known)*   25-02698
        Name

| Part 1: | Additional Page | Column A **Amount of claim** *Do not deduct the value of collateral.* | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.7**  **Creditor's name**
Galt Funding Co.

**Describe debtor's property that is subject to a lien**

$210,220.00    $0.00

**Creditor's mailing address**

103 Chester Avenue
Brooklyn, NY 11218

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.8**  **Creditor's name**
Mynt Advance

**Describe debtor's property that is subject to a lien**

$210,220.00    $0.00

**Creditor's mailing address**

1815 Lakewood Road
Toms River, NJ 08753

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

Debtor    Matadoor Restaurant Group, LLC    Case number (if known)    25-02698
Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9** **Creditor's name**
Parkview Advance, LLC

**Describe debtor's property that is subject to a lien**

$275,981.00        $0.00

**Creditor's mailing address**

600 Summer Street
Stamford, CT 06901

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

---

**2.10** **Creditor's name**
Stellar Capital, LLC

**Describe debtor's property that is subject to a lien**

$123,000.00        $0.00

**Creditor's mailing address**

600 Summer Street, Suite 204
Stamford, CT 06901

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Debtor    Matadoor Restaurant Group, LLC    Case number (if known)    25-02698
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.11** Creditor's name
Union Funding Source, Inc.

Describe debtor's property that is subject to a lien

$189,975.00    $0.00

**Creditor's mailing address**

1835 E. Hallandale Beach Blvd. #278
Hallandale, FL 33009

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

**2.12** Creditor's name
Velocity Capital Group, LLC

Describe debtor's property that is subject to a lien

$104,930.00    $0.00

**Creditor's mailing address**

333 Pearsall Avenue
Cedarhurst, NY 11516

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   Matadoor Restaurant Group, LLC
_____
Name

Case number *(if known)*____25-02698_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|-----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|
| Evridike Kollis, esq.<br>Kollis Law PLLC<br>222 W. 37th Street, 9th Floor<br>New York, NY, 10018 | Line 2. __10 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor   Matadoor Restaurant Group, LLC

United States Bankruptcy Court for the:   District of South Carolina

Case number   25-02698
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
ALDOR Sales and Use Tax Division
P.O. Box 327710
Montgomery, AL 36132-7710

As of the petition filing date, the claim is:   $ Unknown        $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number**   _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Alabama Department of Revenue
P.O. Box 830725
Birmingham, AL 35283-0725

As of the petition filing date, the claim is:   $ Unknown        $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number**   _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
City of Calhoun
226 S. Wall Street
Calhoun, GA 30701

As of the petition filing date, the claim is:   $0.00        $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:

**Last 4 digits of account number**   _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

Debtor    Matabdor Restaurant Group, LLC
         Name                                                     Case number (if known)    25-02698

---

**Part 1.**    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4** **Priority creditor's name and mailing address**

City of Centerville
300 East Church Street
Centerville, GA 31028

Total claim: $ 926.48    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.5** **Priority creditor's name and mailing address**

City of Conyers
901 O'Kelly Street
Conyers, GA 30012

Total claim: $ 0.00    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.6** **Priority creditor's name and mailing address**

City of Douglasville
P.O. Box 219
Douglasville, GA 30133-0219

Total claim: $ 0.00    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.7** **Priority creditor's name and mailing address**

City of Fort Oglethorpe
500 City Hall Drive
Fort Oglethorpe, GA 30742

Total claim: $ 1,336.89    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

| Debtor | Matador Restaurant Group, LLC | Case number *(if known)* 25-02698 |
| | Name | |

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

---

**2.⁸ Priority creditor's name and mailing address**

City of Gainesville
P.O. Box 779
Gainesville, GA 30503

$ 590.05    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.⁹ Priority creditor's name and mailing address**

City of Gainesville Tax Office
P.O. Box 2496
Gainesville, GA 30503

$ 0.00    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.¹⁰ Priority creditor's name and mailing address**

City of Hiram
217 Main Street
Hiram, GA 30141

$ 0.00    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.¹¹ Priority creditor's name and mailing address**

City of Lawrenceville
P.O. Box 2200
Lawrenceville, GA 30046-2200

$ 0.00    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

Debtor  Matabdor Restaurant Group, LLC _____  Case number *(if known)* 25-02698
        Name

| Part 1. | Additional Page |

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | **Total claim** | **Priority amount** |

---

**2.12  Priority creditor's name and mailing address**

City of McDonough
126 Keys Ferry Street
Mcdonough, GA 30253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.13  Priority creditor's name and mailing address**

City of Morrow
6311 C. Murphy Drive
Morrow, GA 30260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.14  Priority creditor's name and mailing address**

City of Opelika
204 S. 7th Street
Opelika, AL 36801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.15  Priority creditor's name and mailing address**

City of Rome
P.O. Box 1711
Rome, GA 30162-1711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 577.74          $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Matador Restaurant Group, LLC___
Name

Case number *(if known)* ___25-02698___

---

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.16**  **Priority creditor's name and mailing address**

City of Smyrna
3180 Atlanta Road
Smyrna, GA 30080

$ 35.80        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.17**  **Priority creditor's name and mailing address**

City of Snellville
2342 Oak Road
Snellville, GA 30078

$ 563.00       $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.18**  **Priority creditor's name and mailing address**

City of Tucker
1975 Lakeside Parkway
Tucker, GA 30084

$ 0.00         $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.19**  **Priority creditor's name and mailing address**

City of Warner Robins
P.O. Box 8659
Warner Robins, GA 31095

$ 1,220.73      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Matador Restaurant Group, LLC
        Name

Case number *(if known)*  25-02698

**Part 1.**   Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.20**  **Priority creditor's name and mailing address**

City of Woodstock
12453 Highway 92
Woodstock, GA 30188-3698

$ 0.00                              $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.21**  **Priority creditor's name and mailing address**

Georgia Dept. of Revenue
735 N. Westover Blvd.
Suite A
Albany, GA 31707

$ Undetermined                      $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.22**  **Priority creditor's name and mailing address**

Georgia Dept. of Revenue
528 Broad Street, SE
Gainesville, GA 30501-3728

$ Unknown                           $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.23**  **Priority creditor's name and mailing address**

Georgia Dept. of Revenue
1047 Summit Grove Dirve
Building 100, Suite 101
Watkinsville, GA 30677

$ Unknown                           $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

| Part 1. | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
| --- | --- | --- |

---

**2.24** **Priority creditor's name and mailing address**

Georgia Dept. of Revenue
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345-3173

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.25** **Priority creditor's name and mailing address**

Georgia Dept. of Revenue
610 Ronald Reagan Drive
Building G-1
Evans, GA 30809

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.26** **Priority creditor's name and mailing address**

Georgia Dept. of Revenue
1000 Towne Center Blvd.
Building 900, Suite A
Pooler, GA 31322

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.27** **Priority creditor's name and mailing address**

Georgia Dept. of Revenue
314 East Main Street, Suite 150
Cartersville, GA 30120

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| Part 1. | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.28  Priority creditor's name and mailing address**
Georgia Dept. of Revenue
1501 13th Street, Suite A
Columbus, GA 31901

$ Unknown     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.29  Priority creditor's name and mailing address**
Georgia Dept. of Revenue
1214 N. Peterson Avenue, Suite 1
Douglas, GA 31533

$ Unknown     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.30  Priority creditor's name and mailing address**
Georgia Dept. of Revenue
6055 Lakeside Commons Drive
Suite 220
Macon, GA 31210

$ Unknown     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.31  Priority creditor's name and mailing address**
Georgia Dept. of Revenue
4125 Welcome All Road
Suite 914
Atlanta, GA 30349

$ Unknown     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor    Matador Restaurant Group, LLC
_____
        Name

Case number (if known)  25-02698

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Alabama Power
P.O. Box 242
Birmingham, AL 32592

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Allatoona Plumbing, Inc.
316 Creekwater Drive
Acworth, GA 30101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,248.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
American Steam Cleaning, LLC
2480 Mandy Court SW
Marietta, GA 30064

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 2,065.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Arc3 Gases, Inc.
P.O. Box 896866
Charlotte, NC 28289-6866

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
AT&T
P.O. Box 5076
Carol Stream, IL 60197-5076

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 124,149.04

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Authentic Builders
217 Forest Run
Palmetto, GA 30268

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,705.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Matador Restaurant Group, LLC
Name

Case number (if known)    25-02698

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Barco Uniforms
350 W. Rosecrans Avenue
Gardena, CA 90248

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 4,322.07

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Beam
P.O. Box 96538
Charlotte, NC 28296-0538

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Bentley Print
1608 Sierra Madre Circle
Placentia, CA 92870

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 255.39

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

BFI Waste Services, LLC
P.O. Box 71068
Charlotte, NC 28272-1068

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 5,526.74

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Binh Thach
1343 Hudson Street
Seattle, WA 98108

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 7,563.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Matador Restaurant Group, LLC
Name

Case number (if known)    25-02698

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

Bite, Inc.
9 East 8th Street
New York, NY 10003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**

Bridgefield Casualty Insurance
P.O. Box 32034
Lakeland, FL 33802-2034

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 9,684.50

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**

Brixmore
c/o Tonya Creekmore
1003 Holcomb Woods Parkway
Roswell, GA 30076

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 10,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**

Brown & Brown Insurance Services, Inc.
P.O. Box 745961
Atlanta, GA 30374-5961

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**

Brown Hiers Kinder, LLC
701 East Bay Street, Suite 509
Charleston, SC 29403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Matador Restaurant Group, LLC
          Name

Case number *(if known)*   25-02698

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.17** **Nonpriority creditor's name and mailing address**

BRS Music & Sound
970 S. Via Rodeo
Placentia, CA 92870

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 260.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**

Calhoun Utilities
700 West Line Street
Calhoun, GA 30701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,996.11

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**

Catoosa County Health Dept.
182 Tiger Trail
Ringgold, GA 30736

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

Central Georgia EMC
P.O. Box 70878
Charlotte, NC 28272-0878

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,193.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**

Central Georgia Refrigeration
4800 Raley Road
Ringgold, GA 30736

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 35,135.68

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** **Nonpriority creditor's name and mailing address**

Cherokee County Health Dept.
1130 Bluffs Parkway
Canton, GA 30114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

**3.23** **Nonpriority creditor's name and mailing address**

Cintas Corp No. 2
P.O. Box 636525
Cincinnati, OH 45263-6525

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 8,245.45

---

**3.24** **Nonpriority creditor's name and mailing address**

Cintas Fire 636525
P.O. Box 636525
Cincinnati, OH `45263-6525

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

**3.25** **Nonpriority creditor's name and mailing address**

Clay Gullatt
1055 Lee Road 368
Valley, AL 36854

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 418,295.20

---

**3.26** **Nonpriority creditor's name and mailing address**

Clayton County Water Authority
P.O. Box 117195
Atlanta, GA 30368-7195

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 5,971.49

---

Debtor  Matador Restaurant Group, LLC
_____
Name

Case number _(if known)_ _25-02698_

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3. 27  Nonpriority creditor's name and mailing address**

Cobb County
P.O. Box 649
Marietta, GA 30061-0649

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 92.54

---

**3. 28  Nonpriority creditor's name and mailing address**

Cobb County Water System
P.O. Box 580234
Charlotte, NC 28258-0234

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3. 29  Nonpriority creditor's name and mailing address**

Cobb EMC
P.O. Bodx 745711
Atlanta, GA 30374-5711

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,653.00

---

**3. 30  Nonpriority creditor's name and mailing address**

Cobb Environmental Health
1650 County Services Parkway SW
Marietta, GA 30008

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3. 31  Nonpriority creditor's name and mailing address**

Coca-Cola North America
P.O. Box 101086
Atlanta, GA 30392-1086

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,986.56

---

Debtor  Matador Restaurant Group, LLC
Name

Case number (if known)  25-02698

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.32** Nonpriority creditor's name and mailing address

Columbus Fire & Safety
3101 2nd Avenue
P.O. Box 791
Columbus, GA 31902

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 277.90

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.33** Nonpriority creditor's name and mailing address

Columbus Water Works
P.O. Box 1600
Columbus, GA 31902-1600

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 352.42

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.34** Nonpriority creditor's name and mailing address

Comcast
P.O. Box 71211
Charlotte, NC 28272-1211

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 651.49

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.35** Nonpriority creditor's name and mailing address

Commercial Electronics
P.O. Box 200379
Dallas, TX 75320-0379

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,223.39

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.36** Nonpriority creditor's name and mailing address

Conserve
P.O. Box 1530
Hemet, CA 92546

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Matador Restaurant Group, LLC | Case number _(if known)_ 25-02698 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37  Nonpriority creditor's name and mailing address**

Copper Advisors
777 Lowndes Hill Road
Bldg 2, Suite 102
Greenville, SC 29607

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 11,310.00

---

**3.38  Nonpriority creditor's name and mailing address**

Coweta-Fayette EMC
P.O. Box 70878
Charlotte, NC 28272-0878

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 4,230.19

---

**3.39  Nonpriority creditor's name and mailing address**

Cox Business
P.O. Box 913367
Dallas, TX 75391-9367

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.40  Nonpriority creditor's name and mailing address**

CP Partners
3100 Calle Del Montana
Sedona, AZ 86336

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 13,000.00

---

**3.41  Nonpriority creditor's name and mailing address**

Dalton Utilities
P.O. Box 117614
Atlanta, GA 30368-7614

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 3,696.07

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.42   Nonpriority creditor's name and mailing address

Darling Ingredients, Inc.
P.O. Box 554885
Detroit, MI 48255-4885

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 820.00

### 3.43   Nonpriority creditor's name and mailing address

Dekalb County Georgia
774 Jordan Lane, Suite 200
Decatur, GA 30033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 585.00

### 3.44   Nonpriority creditor's name and mailing address

Dekalb Environmental Health
445 Winn Way, Suite 320
Decatur, GA 30030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

### 3.45   Nonpriority creditor's name and mailing address

Del Taco
25521 Commercentre Drive
Suite 150
Lake Forest, CA 92630

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 148,224.66

### 3.46   Nonpriority creditor's name and mailing address

Development Services
12453 Highway 92
Woodstock, GA 30188

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

Debtor _____    Case number _(if known)_ __25-02698__
Matador Restaurant Group, LLC
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** **Nonpriority creditor's name and mailing address**

Direct Connect Plumbing
4363 Shallowford Industrial Parkway
Marietta, GA 30066

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.48** **Nonpriority creditor's name and mailing address**

Diversified Fire & Safety
155 Westridge Parkway
Suite 309
Mcdonough, GA 30253

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.49** **Nonpriority creditor's name and mailing address**

Divisions, Inc.
3513 Solutions Center
Chicago, IL 60677-3005

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.50** **Nonpriority creditor's name and mailing address**

Douglas Environmental Health
8700 Hospital Drive, 1st Floor
Gouglasville, GA 30134

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.51** **Nonpriority creditor's name and mailing address**

Douglasville Water & Sewer
P.O. Box 1178
Douglasville, GA 30133

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 317.61

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

Debtor    Matador Restaurant Group, LLC
Name

Case number (if known)    25-02698

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.52**  Nonpriority creditor's name and mailing address

DT GA LLC
c/o Aviv Rubin
5555 DTC Parkway, Suite 375
Englewood, CO 80111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,000.00

---

**3.53**  Nonpriority creditor's name and mailing address

Ecolab Pest Elimination
26252 Network Place
Chicago, IL 60673-1262

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,182.57

---

**3.54**  Nonpriority creditor's name and mailing address

Ecotrak
18004 Sky Park Circle
Suite 100
Irvine, CA 92614

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,201.50

---

**3.55**  Nonpriority creditor's name and mailing address

Envysion, Inc.
P.O. Box 669142
Dallas, TX 75266-9142

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,120.00

---

**3.56**  Nonpriority creditor's name and mailing address

EPC, Inc.
1290 Arrowhead Court, Suite B
Crown Point, IN 46307

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,800.00

---

Debtor    Matador Restaurant Group, LLC    Case number (if known)    25-02698
         Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57**    Nonpriority creditor's name and mailing address

Falcon Development
c/o Matt Falcon
5728 Major Blvd., Suite 505
Orlando, FL 32819

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$ 27,000.00**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58**    Nonpriority creditor's name and mailing address

Fayette County Health Dept.
245 Booker Avenue, Suite E
Fayetteville, GA 30214

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$ 0.00**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59**    Nonpriority creditor's name and mailing address

First Coast Corporate Service
P.O. Box 23788
Shawnee Mission, KS 66283

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$ 0.00**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60**    Nonpriority creditor's name and mailing address

Flint EMC
P.O. Box 70878
Charlottw, NC 28272-0878

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$ 2,079.50**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.61**    Nonpriority creditor's name and mailing address

Floyd County Health Dept.
16 East 12th Street
Rome, GA 30161

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$ 0.00**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Matador Restaurant Group, LLC | | Case number *(if known)* | 25-02698 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.62** Nonpriority creditor's name and mailing address

Gainesville Georgia
300 Henry Ward Way SE
Gainesville, GA need zip

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.63** Nonpriority creditor's name and mailing address

Gas South
P.O. Box 530552
Atlanta, GA 30353-0552

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 556.36

---

**3.64** Nonpriority creditor's name and mailing address

Gasket Guy of Northeast Georgia
644 Freeman Brock
Auburn, GA 30011

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 580.75

---

**3.65** Nonpriority creditor's name and mailing address

Georgia Power
96 Annex
Atlanta, GA 30396

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 12,546.82

---

**3.66** Nonpriority creditor's name and mailing address

Getz Partners
118 Lee Parkway Drive, Suite 420
Chattanooga, TN 37421

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Matador Restaurant Group, LLC | | Case number (if known) | 25-02698 |
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.67**  Nonpriority creditor's name and mailing address

GFL Environmental
P.O. Box 555193
Detroit, MI 48255-5193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 886.91

---

**3.68**  Nonpriority creditor's name and mailing address

GOTO Communications, Inc.
P.O. Box 412252
Boston, MA 02241-2252

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 602.95

---

**3.69**  Nonpriority creditor's name and mailing address

Gray Whale, LLC
c/o Jagpal Deo
3525 A Del Mar Heights Road
San Diego, CA 92130

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24,750.00

---

**3.70**  Nonpriority creditor's name and mailing address

Grey Whale, LLC
3525 A Del Mar Heights Road
San Diego, CA 92130

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,375.00

---

**3.71**  Nonpriority creditor's name and mailing address

Greystone Power Corporation
P.O. Box 6071
Douglasville, GA 30154-6071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,480.14

Debtor   Matador Restaurant Group, LLC
Name

Case number *(if known)*   25-02698

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72**   Nonpriority creditor's name and mailing address

Gwinnett County Water
P.O. Box 105023
Atlanta, GA 30348-5023

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,243.76

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.73**   Nonpriority creditor's name and mailing address

Gwinnett Environmental Health
455 Grayson Highway
Suite 600
Lawrenceville, GA 30046

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.74**   Nonpriority creditor's name and mailing address

Hall County Environmental Health Dept.
P.O. Box 5901
Gainesville, GA 30504

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.75**   Nonpriority creditor's name and mailing address

Helget Gas Products
P.O. Box 30197
Omaha, NE 68103-1297

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,656.72

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.76**   Nonpriority creditor's name and mailing address

Henry County Water Authority
1695 Highway 20 W
McDonough, GA 30253-7311

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 466.22

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Matador Restaurant Group, LLC
         Name

Case number (if known)  25-02698

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77** Nonpriority creditor's name and mailing address

HM Electronics, Inc.
P.O. Box 208713
Dallas, TX 75320-8713

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,055.04

---

**3.78** Nonpriority creditor's name and mailing address

Houston County Health Dept.
98 Cohen Walker Drive
Warner Robins, GA 31088

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.79** Nonpriority creditor's name and mailing address

Ihagee Service Company
406 Ownes Road
Fort Mitchell, AL 36856

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.80** Nonpriority creditor's name and mailing address

IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 125,097.12

---

**3.81** Nonpriority creditor's name and mailing address

Jack in the Box
c/o Debbie Simmons
9357 Spectrum Center Blvd.
San Diego, CA 92123

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 619,710.00

---

Debtor  Matador Restaurant Group, LLC
Name

Case number *(if known)*  25-02698

| Part 2: | Additional Page |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.82**  **Nonpriority creditor's name and mailing address**

Jackson EMC
P.O. Box 166023
Altamont Springs, FL 32716-6023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.83**  **Nonpriority creditor's name and mailing address**

Jetz Foods LLC
118 Lee Parkway Drive
Suite 420
Chattanooga, TN 37421

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 473,303.37

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.84**  **Nonpriority creditor's name and mailing address**

JMF Solutions, Inc.
P.O. Box 222
Daphne, AL 36526

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.85**  **Nonpriority creditor's name and mailing address**

Legend Landscape, Inc.
4075 Rex Road
Rex, GA 30273

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 10,800.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.86**  **Nonpriority creditor's name and mailing address**

Liberty
75 Remittance Drive
Suite 1918
Chicago, IL 60675-1918

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 723.09

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Matadaor Restaurant Group, LLC
Name

Case number *(if known)*    25-02698

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.87** Nonpriority creditor's name and mailing address

Loomis
P.O. Box 120757, Dept. 0757
Dallas, TX 75312-0757

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 46,233.32

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.88** Nonpriority creditor's name and mailing address

Maintenx
P.O. Box 21288
Tampa, FL 33622

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,291.07

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.89** Nonpriority creditor's name and mailing address

Mansfield Powser & Gas, LLC
P.O. Box 733714
Dallas, TX 75373-3714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 496.85

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.90** Nonpriority creditor's name and mailing address

Mask Consultants
P.O. Box 40160
Columbia, SC 29240

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.91** Nonpriority creditor's name and mailing address

Maverick Restaurant Group, LLC
3620 Pelham Road
Unit 5 - PMB 15
Greenville 29615

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 82,549.66

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Matador Restaurant Group, LLC
    Name

Case number (if known)    25-02698

---

| **Part 2:** | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.92  Nonpriority creditor's name and mailing address**

McLane FoodService, Inc.
2085 Midway Road
Carrollton, TX 75006

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.93  Nonpriority creditor's name and mailing address**

Merchants Bonding Company
P.O. Box 14498
Des Moines, IA 50306-3498

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59,830.00

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.94  Nonpriority creditor's name and mailing address**

Michael Hertz
P.O. Box 5569
Sherman Oaks, CA 91413

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,500.00

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.95  Nonpriority creditor's name and mailing address**

MK Laguna
c/o Mac Kamara
900 Holcomb Bridge Road, Suite 2
Roswell, GA 30076

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48,000.00

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.96  Nonpriority creditor's name and mailing address**

Mood Media
P.O. Box 71070
Charlotte, NC 28272-1070

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,265.09

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Matadoor Restaurant Group, LLC
Name

Case number *(if known)*   25-02698

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3. 97** | **Nonpriority creditor's name and mailing address**

Mr. Clean
1271 Country Club Drive
Ozark, AL 36360

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 98** | **Nonpriority creditor's name and mailing address**

NCR Voyix Corporation
P.O. Box 198755
Atlanta, GA 30384-8755

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 17,006.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 99** | **Nonpriority creditor's name and mailing address**

North Gerogia EMC
P.O. Box 1407
Dalton, GA 30722-1407

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,285.42

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 100** | **Nonpriority creditor's name and mailing address**

Olo, Inc.
285 Fulton Street, Floor 82
New York, NY 10007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 101** | **Nonpriority creditor's name and mailing address**

Opelika Power Services
600 Fox Run Parkway
Opelika, AL 36801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,451.09

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Matador Restaurant Group, LLC
_____
Name

Case number (if known) ___25-02698___

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 102    **Nonpriority creditor's name and mailing address**

Opelika Water
P.O. Box 2587
Opelika, AL 36801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 426.51

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 103    **Nonpriority creditor's name and mailing address**

Optilink
1200 V D Parrott Junior Parkway
Suite 101
Dalton, GA 30721

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 116.01

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 104    **Nonpriority creditor's name and mailing address**

Palmer LLC
6201 E. Bay Shore Walk
Long Beach, CA 90803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 176.10

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 105    **Nonpriority creditor's name and mailing address**

Paulding County Health Dept.
240 Constitution Blvd.
Dallas, TX 30132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 106    **Nonpriority creditor's name and mailing address**

Paulding County Water System
P.O. Box 168
Dallas, GA 30132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor __Matador Restaurant Group, LLC_____    Case number _(if known)__25-02698_____

Name

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 107  **Nonpriority creditor's name and mailing address**

Phenix City Utilities
1119 Broad Street
P.O. Box 760
Phenix City, AL 36868-0760

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 252.71

---

**3.** 108  **Nonpriority creditor's name and mailing address**

Phoenix Comfort Services
P.O. Box 1646
Macclenny, FL 32063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 8,918.64

---

**3.** 109  **Nonpriority creditor's name and mailing address**

Point Broadband
P.O. Box 429
Bristol, VA 24203-0429

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 163.30

---

**3.** 110  **Nonpriority creditor's name and mailing address**

Price Davis, Inc.
P.O. Box 190
Iron Station, NC 28080-0190

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 594.00

---

**3.** 111  **Nonpriority creditor's name and mailing address**

Priority One Sound, Inc.
5100 E. La Palma Avenue
Suite 116
Anaheim, CA 92807

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 1,220.00

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.112** Nonpriority creditor's name and mailing address

Real Clean Services, Inc.
P.O. Box 2161
Kennesaw, GA 30156

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75.00

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.113** Nonpriority creditor's name and mailing address

Red Door Pizza, LLC
3620 Pelham Road
Unit 5 - PMB 15
Greenville 29615

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,624.74

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address

Red Door Sandwich, LLC
3620 Pelham Road
Unit 5 - PMB 15
Greenville 29615

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 635,479.15

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.115** Nonpriority creditor's name and mailing address

Resource Point of Sale
1765 E. Elston Avenue
Suite 201
Chicago, IL 60642

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.116** Nonpriority creditor's name and mailing address

Rockdale Environmental Health
1329 Portman Drive, Suite F
Conyers, GA 30094

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Matador Restaurant Group, LLC
          Name

                                          Case number (if known)    25-02698

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3.117    **Nonpriority creditor's name and mailing address**

Rockdale Water Resources
P.O. Box 1378
Conyers, GA 30012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.118    **Nonpriority creditor's name and mailing address**

Roll Off Systems, Inc.
1100 B. Garrett Drive
Statham, GA 30666

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 384.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.119    **Nonpriority creditor's name and mailing address**

S. Thomas & Associates, Inc.
1216 Ford Street
Irving, TX 75061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.120    **Nonpriority creditor's name and mailing address**

Scana Energy
P.O. Box 105046
Atlanta, GA 30348-5046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,479.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.121    **Nonpriority creditor's name and mailing address**

Scott Jacoby
P.O. Box 5569
Sherman Oaks 91413

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 7,500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Matador Restaurant Group, LLC
          Name                                                    Case number (if known)    25-02698

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 122** Nonpriority creditor's name and mailing address

Scott Jacoby and Michael Hertz
P.O. Box 5569
Sherman Oaks, CA 91413

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 30,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 123** Nonpriority creditor's name and mailing address

Smith, Hulsey & Busey
P.O. Box 53315
Jacksonville, FL 32201-3315

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 124** Nonpriority creditor's name and mailing address

Soft Play
13310 James Casey Avenue
Englewood, CO 80112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 20,263.07

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 125** Nonpriority creditor's name and mailing address

Southeast Taco Hospitality
1526 Monthe Sano Avenue
Augusta, GA 30904

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 300,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 126** Nonpriority creditor's name and mailing address

Spectrum
P.O. Box 94188
Palantine, IL 60094-4188

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 260.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Matador Restaurant Group, LLC
        Name

Case number (if known)  25-02698

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127  Nonpriority creditor's name and mailing address**

Spire
P.O. Box 70880
Charlotte, CA 28272-0880

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 987.25

---

**3.128  Nonpriority creditor's name and mailing address**

Staples
P.O. Box 70242
Philadelphia, PA 19176-0242

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.129  Nonpriority creditor's name and mailing address**

SuperOrder
2261 Market Street, #4011
San Francisco, CA 94114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.130  Nonpriority creditor's name and mailing address**

Synergi Partners, Inc.
P.O. Box 5599
Florence, SC 29502-5599

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 25.33

---

**3.131  Nonpriority creditor's name and mailing address**

T&T Produce
P.O. Box 5756
Fort Oglethorpe, GA 30742

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.132  Nonpriority creditor's name and mailing address**

Taylor Freezer Sales Co of Georgia, Inc.
P.O. Box 2130
Cumming, GA 30028-2130

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 535.25

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133  Nonpriority creditor's name and mailing address**

The Wasserstrom Company
P.O. Box 933469
Cleveland, OH 44193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,484.97

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.134  Nonpriority creditor's name and mailing address**

Tobin
c/o Christine Delado
1101 Ben Tobin Drive
Hollywood, FL 33021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21,113.82

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135  Nonpriority creditor's name and mailing address**

True Natural Gas
P.O. Box 70878
Charlotte, NC 28272-0878

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,359.29

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136  Nonpriority creditor's name and mailing address**

TWC Services
P.O. Box 14496
Des Moines, IA 50306-3496

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.137** Nonpriority creditor's name and mailing address

UHS Premium Billing
P.O. Box 94017
Palatine, IL 60094-4017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.138** Nonpriority creditor's name and mailing address

Voda Cleaning & Restoration
2001 Duncan Drive, Unit 1831
Kennesaw, GA 30156

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.139** Nonpriority creditor's name and mailing address

W&S Investment Property, LLC
c/o Jian Lin
3341 Bartlett Avenue
Conyers, GA 30013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,916.66

---

**3.140** Nonpriority creditor's name and mailing address

Walton EMC
P.O. Box 1347
Monroe, GA 30655-1347

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,471.54

---

**3.141** Nonpriority creditor's name and mailing address

Whitfield County Health Dept.
136 Gillespie Drive
Attn: ENV. Health
Dalton, GA 30721

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

Debtor  Matadoor Restaurant Group, LLC
     Name

Case number *(if known)*    25-02698

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.142** Nonpriority creditor's name and mailing address

Whitmore, LLC
c/o Christine Delado
1101 Ben Tobin Drive
Hollywood, FL 33021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

**3.143** Nonpriority creditor's name and mailing address

Williams Scotsman, Inc.
P.O. Box 91975
Chicago, IL 60693-1975

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 192.24

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

**3.144** Nonpriority creditor's name and mailing address

Windstream Enterprise
P.O. Box 325310
Little Rock, AR 72212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,256.86

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

**3.145** Nonpriority creditor's name and mailing address

WM Corporation Services, Inc.
P.O. Box 4648
Coral Stream, IL 60197-4648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,265.95

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

**3.146** Nonpriority creditor's name and mailing address

Wow Business
P.O. Box 4350
Carol Stream, IL 30197-4350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

Debtor   Matador Restaurant Group, LLC
         Name                                        Case number (if known)    25-02698

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 147  **Nonpriority creditor's name and mailing address**

Zutek, LLC
2150 51st Avenue E, Suite 112
Palmetto, FL 34221

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 960.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** ___  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.** ___  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.** ___  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.** ___  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    Matadoor Restaurant Group, LLC
         Name                                    Case number (if known)    25-02698

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 5,250.69 |
| 5b. **Total claims from Part 2** | 5b.  + | $ 3,538,665.68 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,543,916.37 |

**Fill in this information to identify the case:**

Debtor name  Matadoor Restaurant Group, LLC

United States Bankruptcy Court for the:  District of South Carolina

Case number (If known):  25-02698          Chapter  11

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | 4418 Hamilton Road Columbus, GA 31904 Lessee | Scott Jacoby and Michael Hertz P.O. Box 5569 Sherman Oaks, CA, 91413 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | 1212 US Highway 290, Store Phenix City, AL 36867 Lessee | Grey Whale, LLC c/o Jagpal Deo 3525 A Del Mar Heights Road San Diego, CA, 92130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | 6791 Highway 85 Riverdale, GA 30274 Lessee | MK Laguna, LLC c/o Mac Kamara 990 Holcomb Bridge Road, Suite 2 Roswell, GA, 30076 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | 6705 Jonesboro Road Morrow, GA 30260 Lessee | MK Luguna, LLC c/o Mac Kamara 990 Holcomb Bridge Road, Suite 2 Roswell, GA, 30076 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | 3065 Pepperell Parkway Opelika, AL 36801 Lessor | Falcon Development c/o Matt Falcon 5728 Major Blvd., Suite 505 Orlando, FL, 32819 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Matadoor Restaurant Group, LLC | Case number *(if known)* | 25-02698 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | 250 Highway 53<br>Calhoun, GA 30701<br>Lessee | DT GA LLC<br>c/o Aviv Rubin<br>555 DTC Parkway, Suite 375<br>Englewood, CO, 80111 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | 2114 Shorter Avenue<br>Rome, GA 30165 | W&S Investment Property, LLC<br>c/o Jian Lin<br>3341 Bartlett Avenue<br>Conyers, GA, 30013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | 1203 N. Glenwood Avenue<br>Dalton, GA 30721<br>Lessee | Tobin<br>c/o Cristina Delgado<br>1101 Ben Tobin Drive<br>Hollywood, FL, 33021 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | 564 Battlefield Parkway<br>Fort Oglethorpe, GA 30742<br>Lessee | Binh Thach<br>1343 Hudson Street<br>Seattle, WA, 98108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | 2766 Watson Blvd.<br>Centerville, GA 31028<br>Lessee | CP Partners<br>c/o Clyde C. Greco, Jr.<br>3100 Calle Del Montana<br>Sedona, AZ, 86336 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Notice Only<br>Lessee | Jack in the Box<br>c/o Debbie Simmons<br>9357 Spectrum Center Blvd.<br>San Diego, CA, 92123 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | 109 Bank Station Lane<br>Fayetteville, GA 30214<br>Lessee | Brixmore<br>c/o Tonya Creekmore<br>1003 Holcomb Woods Parkway<br>Roswell, GA, 30076 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Matadoor Restaurant Group, LLC | | Case number *(if known)* | 25-02698 |
|---|---|---|---|---|
| | Name | | | |

▉ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.13** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number o any government contract | Locations at Store #1560, 1561, 1562, 1563, 1564, 1565, 1566, 1567, 1568, 1569, 1570, 1571, 1572 Lessee | Del Taco Corp.<br>25521 Commercentre Drive<br>Suite 150<br>Lake Forest, CA, 92630 |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 250 Highway 53<br>Calhoun, GA 30701<br>Lessee | DT GA, LLC<br>c/o Aviv Rubin<br>5555 DTC Parkway, Suite 375<br>Englewood, CO, 80111 |
| **2.15** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Del Taco Franchise Agreements and Development Agreements Lessee | Del Taco LLC<br>25520 Commercentre Drive Lake<br>Lake Forest, CA, 92630 |
| **2.16** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Lease- 1014 Gray Hwy, Macon GA Lessee | Palmer LLC<br>6201 E. Bay Shore Walk<br>Long Beach, CA, 90803 |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name _Matadoor Restaurant Group, LLC_

United States Bankruptcy Court for the: _District of South Carolina_

Case number (If known): _25-02698_

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Argus Wiley | | Apex Funding Silver, LLC | ☑ D ☐ E/F ☐ G |
| 2.2 RDF Development LL | | Apex Funding Silver, LLC | ☑ D ☐ E/F ☐ G |
| 2.3 Wiley Holdings, LLC | | Apex Funding Silver, LLC | ☑ D ☐ E/F ☐ G |
| 2.4 Maverick Restaurant | | Apex Funding Silver, LLC | ☑ D ☐ E/F ☐ G |
| 2.5 Red Door Sandwich I | | Apex Funding Silver, LLC | ☑ D ☐ E/F ☐ G |
| 2.6 Argus Wiley | | Elite Funding | ☑ D ☐ E/F ☐ G |

Debtor  Matadoor Restaurant Group, LLC
_____
Name

Case number *(if known)* 25-02698
_____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | Mailing address | **Name** | *Check all schedules that apply:* |
| 2._7_  Maverick Restaurant Group LLC | | Elite Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2._8_  RDF Development LLC | | Elite Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2._9_  Red Door Foods LLC | | Elite Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2._10_  Red Door Sandwich LLC | | Elite Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2._11_  Wiley Holdings, LLC | | Elite Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2._12_  Red Door Revive LLC | | Elite Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2._13_  Maverick Restaurant Group LLC | | Elite Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2._14_  Red Door Pizza LLC | | Elite Funding | ☑ D<br>☐ E/F<br>☐ G |

Debtor     Matadoor Restaurant Group, LLC
_____
Name

Case number (*if known*)  25-02698
_____

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 Red Door Brands LLC | | Elite Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2.16 Whitefords LLC | | Elite Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2.17 Argus LDSCPG & Pressure Wshg | | Elite Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2.18 Whitefords Corporation | | Elite Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2.19 Krystal Jax021 | | Elite Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2.20 Argus Wiley | | Parkview Advance, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.21 Red Door Pizza LLC | | Parkview Advance, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.22 Red Door Sandwich LLC | | Parkview Advance, LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Matadoor Restaurant Group, LLC

Name

Case number (if known) 25-02698

---

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.23 Red Door Brands LLC | | Parkview Advance, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.24 Red Door Foods LLC | | Parkview Advance, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.25 Wiley Holdings, LLC | | Parkview Advance, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.26 Maverick Restaurant Group LLC | | Parkview Advance, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.27 Argus Wiley | | Funderzgroup LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.28 Red Door Sandwich LLC | | Funderzgroup LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.29 Red Door Pizza LLC | | Funderzgroup LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.30 Red Door Brands LLC | | Funderzgroup LLC | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Matadoor Restaurant Group, LLC | Case number *(if known)* 25-02698 |
|--------|-------------------------------|-----------------------------------|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.31 Red Door Foods LLC | | Funderzgroup LLC | ☑ D ☐ E/F ☐ G |
| 2.32 Wiley Holdings, LLC | | Funderzgroup LLC | ☑ D ☐ E/F ☐ G |
| 2.33 Maverick Restaurant Group LLC | | Funderzgroup LLC | ☑ D ☐ E/F ☐ G |
| 2.34 Argus Wiley | | Galt Funding Co. | ☑ D ☐ E/F ☐ G |
| 2.35 Maverick Restaurant Group LLC | | Galt Funding Co. | ☑ D ☐ E/F ☐ G |
| 2.36 Red Door Pizza LLC | | Galt Funding Co. | ☑ D ☐ E/F ☐ G |
| 2.37 Argus Wiley | | Mynt Advance | ☑ D ☐ E/F ☐ G |
| 2.38 Red Door Pizza LLC | | Mynt Advance | ☑ D ☐ E/F ☐ G |

| Debtor | Matadoor Restaurant Group, LLC | Case number *(if known)* 25-02698 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.39 Maverick Restaurant Group LLC | | Mynt Advance | ☑ D<br>☐ E/F<br>☐ G |
| 2.40 Argus Wiley | | Union Funding Source, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.41 Red Door Sandwich LLC | | Union Funding Source, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.42 Red Door Pizza LLC | | Union Funding Source, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.43 Red Door Brands LLC | | Union Funding Source, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.44 Red Door Foods LLC | | Union Funding Source, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.45 Wiley Holdings, LLC | | Union Funding Source, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.46 Maverick Restaurant Group LLC | | Union Funding Source, Inc. | ☑ D<br>☐ E/F<br>☐ G |

Debtor   Matadoor Restaurant Group, LLC
Name

Case number (*if known*)   25-02698

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.**47** | Argus Wiley | | Stellar Capital, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.**48** | Red Door Pizza LLC | | Stellar Capital, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.**49** | Red Door Sandwich LLC | | Stellar Capital, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.**50** | Red Door Brands LLC | | Stellar Capital, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.**51** | Red Door Foods LLC | | Stellar Capital, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.**52** | Wiley Holdings, LLC | | Stellar Capital, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.**53** | Maverick Restaurant Group LLC | | Stellar Capital, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.**54** | Argus Wiley | | Velocity Capital Group, LLC | ☑ D  ☐ E/F  ☐ G |

Debtor    Matadoor Restaurant Group, LLC
          Name

Case number (*if known*)  25-02698

---

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.55 Argus Co Landscaping | | Velocity Capital Group, LLC | ☑ D ☐ E/F ☐ G |
| 2.56 Maverick Restaurant Group LLC | | Velocity Capital Group, LLC | ☑ D ☐ E/F ☐ G |
| 2.57 MVP Restaurant Group LLC | | Velocity Capital Group, LLC | ☑ D ☐ E/F ☐ G |
| 2.58 RDF Development LLC | | Velocity Capital Group, LLC | ☑ D ☐ E/F ☐ G |
| 2.59 Red Door Brands LLC | | Velocity Capital Group, LLC | ☑ D ☐ E/F ☐ G |
| 2.60 Red Door Pizza LLC | | Velocity Capital Group, LLC | ☑ D ☐ E/F ☐ G |
| 2.61 Red Door Revive LLC | | Velocity Capital Group, LLC | ☑ D ☐ E/F ☐ G |
| 2.62 Red Door Sandwich LLC | | Velocity Capital Group, LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Matadoor Restaurant Group, LLC | | Case number (if known) | 25-02698 |
|---|---|---|---|---|
| | Name | | | |

| **Additional Page if Debtor Has More Codebtors** |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.63 White Mallory V | | Velocity Capital Group, LLC | ☑ D ☐ E/F ☐ G |
| 2.64 Wiley Holdings, LLC | | Velocity Capital Group, LLC | ☑ D ☐ E/F ☐ G |
| 2.65 Argus Wiley | | Encore Bank | ☑ D ☐ E/F ☐ G |
| 2.66 Argus Wiley | | Encore Bank | ☑ D ☐ E/F ☐ G |
| 2.67 Argus Wiley | | Amur Equipment | ☑ D ☐ E/F ☐ G |
| 2.68 Argus Wiley | | Southeast Taco Hospitality | ☐ D ☑ E/F ☐ G |
| 2.69 Argus Wiley | | Jetz Foods LLC | ☐ D ☑ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Matadoor Restaurant Group, LLC___

United States Bankruptcy Court for the: ___District of South Carolina___

Case number (*If known*): ___25-02698___

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/12/2025___        ✖ /s/ Argus Wiley
              MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                     Argus Wiley
                                     Printed name

                                     Manager
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Matadoor Restaurant Group, LLC___

United States Bankruptcy Court for the: District of South Carolina

Case number (If known): ___25-02698___

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 8,371,818.00 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 14,492,917.00 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 19,206,253.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From<br>MM / DD / YYYY | to | Filing date | | $ |
| **For prior year:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ |
| **For the year before that:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ |

| Debtor | Matadoor Restaurant Group, LLC | Case number *(if known)* 25-02698 |
|--------|-------------------------------|-----------------------------------|
| | Name | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|-------------|-------------------------------------------------------------|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3<br>Creditor's name | | $ 3,646,066.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $ _____ | |
| 4.2. | _____<br>Insider's name<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $ _____ | |

| Debtor | Matadoor Restaurant Group, LLC | Case number (if known) | 25-02698 |
|--------|-------------------------------|------------------------|----------|
|        | Name                          |                        |          |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|----|------------------------------|------------------------------|------|-------------------|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|------------------------------|------------------------------------------|------------------------|--------|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|-----------------|-------------------------------------|-----------------|
| 7.1. | Stellar Capital, LLC v. Matadoor Restaurant Group, LLC, et al. | breach of contract | Supreme Court of New York Monroe County | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** E2025013925 | | | |
| 7.2. | Mynt Gold, LLC v. Matadoor Restaurant Group, LLC, et al. | | Supreme Court of New York County of Monroe | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** E2025014104 | | | |

| Debtor | Matadoor Restaurant Group, LLC | Case number *(if known)* | 25-02698 |
|--------|--------------------------------|--------------------------|----------|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|------------------------------|-----------------------------|-------|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|--|------------------------------|-------------------------------------------|-------------|-------|
| 9.1. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|-----------------------------------------------------------|---|---|---|
| Store #1397 - Mark Green - employee too over $500.00 | 0.00 | 7/6/2025 | $500.00 |

---

| Debtor | Matadoor Restaurant Group, LLC | Case number (if known) | 25-02698 |
|---|---|---|---|
| | Name | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Barton Brimm, PA | $8,000.00 paid on 6/27/25; $7,000.00 paid on 7/1/25, plus filing fee of $1,738.00 paid on 7/1/25. | 07/01/2025 | $ 16,738.00 |
| | **Address** | | | |
| | P.O. Box 14805 Myrtle Beach, SC 29587 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |
| | | | | |

| Debtor | Matadoor Restaurant Group, LLC | Case number (*if known*) | 25-02698 |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Del Taco | restaurant closed and operations transferred to Del Taco. No monies were exchanged. | 06/13/2025 | $ 0.00 |
| | **Address** 109 Banks Road Fayetteville, GA 30214 | | | |
| | **Relationship to debtor** | | | |
| 13.2. | Del Taco | restaurant closed and operations transferred to Del Taco. No monies were exchanged. | 07/01/2025 | $ 0.00 |
| | **Address** 1935 Cobb Parkway Kennesaw, GA 30152 | | | |
| | **Relationship to debtor** | | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 210 Hampton Avenue Greenville, SC 29601 | From | 7/1/2022 | To 7/1/2024 |
| 14.2. | | From | | To |

Debtor    Matadoor Restaurant Group, LLC
Name

Case number (if known) 25-02698

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No
☐ Yes

---

| Debtor | Matadoor Restaurant Group, LLC | Case number *(if known)* 25-02698 |
|---|---|---|
| | Name | |

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo <br> Name | XXXX– 3456 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 08/01/2024 | $ 0.00 |
| 18.2. | _____ <br> Name | XXXX– _____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

---

Debtor    Matadoor Restaurant Group, LLC
_____    Case number *(if known)* 25-02698
Name                                                                _____

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
| --- | --- |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
| --- | --- | --- | --- |
| _____ Name | | | $_____ |

---

| **Part 12:** | **Details About Environmental Information** |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| _____ Name | _____ Name | | _____ |

---

Debtor    Matadoor Restaurant Group, LLC
_____
Name

Case number (*if known*)  25-02698
_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |

---

Debtor  Matadoor Restaurant Group, LLC
_____
Name

Case number *(if known)* 25-02698

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | EPC Admin - Jen Mack<br>Name<br>27911 Crown Lake Blvd., Bonita Springs, FL 34135 | From 08/01/2023<br>To 06/27/2025 |
| 26a.2. | Copper Advisors - Scott Andrikis<br>Name<br>777 Lowndes Hill Road, Bldg. 2, Suite 102, Greenville, SC 29607 | From 01/01/2024<br>To 09/01/2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | EPC Admin - Jen Mack<br>Name<br>27911 Crown Lake Blvd., Bonita Springs, FL 34135 | From 08/01/2023<br>To 06/26/2025 |
| 26b.2. | Copper Advisors - Scott Andrikis<br>Name<br>777 Lowndes Hill Road, Bldg. 2, Suite 102, Greenville, SC 29607 | From 01/01/2024<br>To 09/01/2024 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Name | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Matadoor Restaurant Group, LLC | Case number (*if known*) 25-02698 |
|---|---|---|
| | Name | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

| Debtor | Matadoor Restaurant Group, LLC | Case number (if known) | 25-02698 |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.  _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Red Door Brands, LLC | 233 North Main Street Suite 7, Greenville, SC 29601 | Owner/CEO | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Argus Wiley<br>Name | 236,750.80 | _____ | compensation, reimbursement of expenses - see Attachment 30 |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

Debtor    Matadoor Restaurant Group, LLC
_____    Case number *(if known)* 25-02698
Name

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | _____ Name | | |

| | Relationship to debtor | |
|---|---|---|
| | _____ | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/12/2025
     MM  / DD  / YYYY

✗ /s/ Argus Wiley
_____    Printed name  Argus Wiley
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name    Matadoor Restaurant Group, LLC                                   Case number *(if known)*    25-02698

## Continuation Sheet for Official Form 207

**7) Legal Actions**

**Galt Funding Co. v. Matadoor Restaurant Group, LLC, et al.**

**Supreme Court of New York**

**County of Monroe**

**Pending**

**-------**

**10) Certain Losses**

| | | |
|---|---|---|
| additional missing deposits - 1397 | $0.00 | $5,235.00 |
| Missing Deposits - 1397 | $0.00 | $8,753.22 |
| Loomis Safe - Matadoor Store 1565 and 1560 | | $9,849.89 |
| Property damage - Store #1562 - Woodstock - awning damaged | $0.00 | $13,282.90 |
| Store #1561 - Cobb Parkway - Car crashed into signage | $0.00 | $0.00 |

Attachment to SOFA #3

| Vendor Name | Amount Paid |
|---|---|
| ALABAMA POWER | $ 9,619.58 |
| AMUR | $ 30,629.50 |
| APEX SILVER | $ 588,707.00 |
| BARCO UNIFORMS | $ 8,120.74 |
| BARTON BRIMM | $ 68,690.00 |
| BINH THACH | $ 14,605.00 |
| BLUELINE FOODSERVICE | $ 10,736.75 |
| BRIDGEFIELD CASUALTY INSURANCE COMPANY | $ 25,811.91 |
| CENTRAL GEORGIA REFRIGERATION | $ 32,000.00 |
| CLAY GULLATT | $ 24,606.00 |
| CLAYTON COUNTY WATER AUTHORITY | $ 8,684.58 |
| COWETA-FAYETTE EMC | $ 20,367.98 |
| CP PARTNERS | $ 39,000.00 |
| DALTON UTILITIES | $ 8,573.06 |
| DARLING INGREDIENTS INC | $ 9,755.00 |
| DEL TACO | $ 462,205.41 |
| DIRECT CONNECT PLUMBING | $ 17,275.00 |
| DT GA LLC | $ 10,000.00 |
| ECOLAB PEST ELIMINATION | $ 10,524.51 |
| ELITE FUNDING | $ 30,000.00 |
| EPC, INC | $ 32,551.73 |
| FALCON DEVELOPMENT | $ 13,500.00 |
| GALT FUNDING | $ 87,341.00 |
| GEORGIA POWER | $ 83,557.19 |
| GREYSTONE POWER CORPORATION | $ 13,194.08 |
| IPFS CORPORATION | $ 62,548.56 |
| LINK ADVANCE | $ 178,800.00 |
| MCLANE FOODSERVICE INC | $ 1,367,319.26 |
| MK LAGUNA | $ 24,000.00 |
| MYNT ADVANCE | $ 86,942.00 |
| NCR VOYIX CORPORATION | $ 23,534.91 |
| NITRACARD | $ 12,134.20 |
| OLO INC | $ 18,298.53 |
| PARKVIEW ADVANCE | $ 60,000.00 |
| REPUBLIC SERVICES #800 | $ 17,046.89 |
| SOUTHEAST TACO HOSPITALITY | $ 7,692.75 |
| STELLAR CAPITAL | $ 30,000.00 |
| SYGMA | $ 30,348.77 |
| UNION FUNDING | $ 27,937.50 |
| WHITMOORE LLC | $ 10,556.91 |
| WINDSTREAM ENTERPRISE | $ 11,952.56 |
| WM CORPORATION SERVICES, INC | $ 16,897.43 |
| | $ 3,646,066.29 |

| Posted Date | Transaction Date | Transaction Type | Check/Serial # | Description | Amount |
|---|---|---|---|---|---|
| 7/15/2025 | 7/15/2025 | Deposit | | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $23,200 |
| 7/15/2025 | 7/15/2025 | Debit | | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($13,446.45) |
| 7/15/2025 | 7/15/2025 | Debit | | From Maverick: FROM ****6355 - TRUIST ONLINE TRANSFER | ($7,988) |
| 7/14/2025 | 7/14/2025 | Deposit | | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $1,399.46 |
| 7/14/2025 | 7/14/2025 | Deposit | | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $13,738 |
| 7/14/2025 | 7/14/2025 | Deposit | | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $13,738 |
| 7/14/2025 | 7/14/2025 | Deposit | | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $16,738 |
| 7/14/2025 | 7/14/2025 | Debit | | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($5,200) |
| 7/14/2025 | 7/14/2025 | Debit | | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($5,500) |
| 7/11/2025 | 7/11/2025 | Deposit | | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $866.13 |
| 7/11/2025 | 7/11/2025 | Deposit | | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $1,454 |
| 7/11/2025 | 7/11/2025 | Debit | | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($17,000) |
| 7/11/2025 | 7/11/2025 | Debit | | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($4,109) |
| 7/10/2025 | 7/10/2025 | Deposit | | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $303.15 |
| 7/10/2025 | 7/10/2025 | Deposit | | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $461.05 |
| 7/10/2025 | 7/10/2025 | Deposit | | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $637.53 |
| 7/10/2025 | 7/10/2025 | Deposit | | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $8,231 |
| 7/10/2025 | 7/10/2025 | Debit | | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($861.92) |
| 7/10/2025 | 7/10/2025 | Debit | | To MVP: TO ****0078 - TRUIST ONLINE TRANSFER | ($2,763.18) |
| 7/10/2025 | 7/10/2025 | Debit | | To MVP: TO ****0078 - TRUIST ONLINE TRANSFER | ($236) |
| 7/9/2025 | 7/9/2025 | Deposit | | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $2,126 |
| 7/9/2025 | 7/9/2025 | Deposit | | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $2,562.67 |
| 7/9/2025 | 7/9/2025 | Deposit | | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $6,337.62 |
| 7/9/2025 | 7/9/2025 | Debit | | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($2,100) |
| 7/9/2025 | 7/9/2025 | Debit | | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($11,329.96) |
| 7/8/2025 | 7/8/2025 | Deposit | | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $1,683.10 |
| 7/8/2025 | 7/8/2025 | Deposit | | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $16,593.49 |
| 7/8/2025 | 7/8/2025 | Debit | | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($4,050) |
| 7/7/2025 | 7/7/2025 | Deposit | | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $281 |
| 7/7/2025 | 7/7/2025 | Deposit | | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $500 |
| 7/7/2025 | 7/7/2025 | Deposit | | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $2,361.33 |
| 7/7/2025 | 7/7/2025 | Deposit | | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $2,411 |
| 7/7/2025 | 7/7/2025 | Deposit | | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $4,258 |
| 7/7/2025 | 7/7/2025 | Deposit | | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $6,108.69 |
| 7/7/2025 | 7/7/2025 | Deposit | | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $6,926.09 |
| 7/7/2025 | 7/7/2025 | Deposit | | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $10,138.74 |
| 7/7/2025 | 7/7/2025 | Deposit | | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $20,669 |
| 7/7/2025 | 7/7/2025 | Deposit | | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $25,583 |
| 7/3/2025 | 7/3/2025 | Deposit | | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $4,346 |
| 7/2/2025 | 7/2/2025 | Deposit | | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $5,535 |
| 7/2/2025 | 7/2/2025 | Debit | | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($13,250) |
| 7/2/2025 | 7/2/2025 | Debit | | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($2,816) |
| 7/2/2025 | 7/2/2025 | Debit | | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($6,880) |
| 7/2/2025 | 7/2/2025 | Debit | | To MVP: TO ****0078 - TRUIST ONLINE TRANSFER | ($4,367) |
| 7/1/2025 | 7/1/2025 | Deposit | | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $11,762.90 |
| 7/1/2025 | 7/1/2025 | Deposit | | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $20,041.98 |
| 7/1/2025 | 7/1/2025 | Debit | | To MVP: TO ****0078 - TRUIST ONLINE TRANSFER | ($3,000) |
| 7/1/2025 | 7/1/2025 | Debit | | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($11,398) |
| 7/1/2025 | 7/1/2025 | Debit | | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($100) |
| 7/1/2025 | 7/1/2025 | Debit | | To MVP: TO ****0078 - TRUIST ONLINE TRANSFER | ($3,500) |
| 7/1/2025 | 7/1/2025 | Debit | | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($603) |
| 6/30/2025 | 6/30/2025 | Deposit | | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $1,587 |
| 6/30/2025 | 6/30/2025 | Deposit | | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $2,755 |
| 6/30/2025 | 6/30/2025 | Deposit | | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $10,192.91 |
| 6/30/2025 | 6/30/2025 | Deposit | | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $12,554.99 |
| 6/30/2025 | 6/30/2025 | Debit | | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($5,030) |
| 6/30/2025 | 6/30/2025 | Debit | | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($49,322.11) |
| 6/30/2025 | 6/30/2025 | Debit | | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($1,936) |
| 6/30/2025 | 6/30/2025 | Debit | | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($125) |
| 6/27/2025 | 6/27/2025 | Deposit | | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $468.96 |
| 6/27/2025 | 6/27/2025 | Deposit | | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $495.14 |
| 6/27/2025 | 6/27/2025 | Deposit | | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $517.03 |
| 6/27/2025 | 6/27/2025 | Deposit | | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $5,550.99 |
| 6/27/2025 | 6/27/2025 | Deposit | | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $8,450.82 |
| 6/27/2025 | 6/27/2025 | Deposit | | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $24,091 |
| 6/27/2025 | 6/27/2025 | Debit | | To MVP: TO ****0078 - TRUIST ONLINE TRANSFER | ($6,500) |

| Description | Sum of Amount |
|---|---|
| From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $ 759,781.53 |
| From MVP: FROM ****0078 - TRUIST ONLINE TRANSFER | $ 5,232.10 |
| From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $ 129,880.44 |
| From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $1,070,445.25 |
| To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | $ (677,231.87) |
| To MVP: TO ****0078 - TRUIST ONLINE TRANSFER | $ (35,882.18) |
| To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | $ (115,255.70) |
| To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | $ (434,966.10) |
| (blank) | |
| Grand Total | $ 702,003.47 |

| Description | Sum of Amount | |
|---|---|---|
| From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $ 759,781.53 | |
| To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | $ (677,231.87) | |
| | $ 82,549.66 | Net - Matadoor owes Maverick $82,549.66 |
| From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $ 129,880.44 | |
| To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | $ (115,255.70) | |
| | $ 14,624.74 | Net - Matadoor owes Pizza $14,624.74 |
| From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $1,070,445.25 | |
| To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | $ (434,966.10) | |
| | $ 635,479.15 | Net - Matadoor owes Sandwich $635,479.15 |
| From MVP: FROM ****0078 - TRUIST ONLINE TRANSFER | $ 5,232.10 | |
| To MVP: TO ****0078 - TRUIST ONLINE TRANSFER | $ (35,882.18) | |
| | $ (30,650.08) | Net - MVP owes Matadoor $30,650.08 |

| | | | | |
|---|---|---|---|---|
| 6/27/2025 | 6/27/2025 | Debit | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($5,876.16) |
| 6/26/2025 | 6/26/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $2,740 |
| 6/26/2025 | 6/26/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $5,270 |
| 6/26/2025 | 6/26/2025 | Debit | To MVP: TO ****0078 - TRUIST ONLINE TRANSFER | ($1,000) |
| 6/25/2025 | 6/25/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $3,302.54 |
| 6/25/2025 | 6/25/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $7,420.97 |
| 6/24/2025 | 6/24/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $2,423.19 |
| 6/23/2025 | 6/23/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $49 |
| 6/23/2025 | 6/23/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $3,431 |
| 6/23/2025 | 6/23/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $4,657 |
| 6/23/2025 | 6/23/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $8,652 |
| 6/23/2025 | 6/23/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $11,486 |
| 6/23/2025 | 6/23/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $21,552 |
| 6/20/2025 | 6/20/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $82.46 |
| 6/20/2025 | 6/20/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $100.39 |
| 6/20/2025 | 6/20/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $1,328 |
| 6/20/2025 | 6/20/2025 | Deposit | From MVP: FROM ****0078 - TRUIST ONLINE TRANSFER | $4,779.86 |
| 6/20/2025 | 6/20/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $6,500 |
| 6/20/2025 | 6/20/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $7,387 |
| 6/20/2025 | 6/20/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $20,947 |
| 6/20/2025 | 6/20/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $65,585 |
| 6/20/2025 | 6/20/2025 | Debit | To MVP: TO ****0078 - TRUIST ONLINE TRANSFER | ($4,730) |
| 6/20/2025 | 6/20/2025 | Debit | To MVP: TO ****0078 - TRUIST ONLINE TRANSFER | ($5,075) |
| 6/18/2025 | 6/18/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $3,895 |
| 6/18/2025 | 6/18/2025 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($1,902) |
| 6/17/2025 | 6/17/2025 | Debit | To MVP: TO ****0078 - TRUIST ONLINE TRANSFER | ($2,500) |
| 6/17/2025 | 6/17/2025 | Debit | To MVP: TO ****0078 - TRUIST ONLINE TRANSFER | ($100) |
| 6/16/2025 | 6/16/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $13,552 |
| 6/16/2025 | 6/16/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $42,932 |
| 6/16/2025 | 6/16/2025 | Debit | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($1,150) |
| 6/16/2025 | 6/16/2025 | Debit | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($6,532.14) |
| 6/13/2025 | 6/13/2025 | Deposit | From MVP: FROM ****0078 - TRUIST ONLINE TRANSFER | $452.24 |
| 6/13/2025 | 6/13/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $610.23 |
| 6/13/2025 | 6/13/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $964.95 |
| 6/13/2025 | 6/13/2025 | Debit | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($22,000) |
| 6/12/2025 | 6/12/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $200 |
| 6/12/2025 | 6/12/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $400 |
| 6/12/2025 | 6/12/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $4,363 |
| 6/12/2025 | 6/12/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $4,598.44 |
| 6/12/2025 | 6/12/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $11,450.87 |
| 6/12/2025 | 6/12/2025 | Debit | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($300) |
| 6/10/2025 | 6/10/2025 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($6,006.22) |
| 6/9/2025 | 6/9/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $11,400 |
| 6/9/2025 | 6/9/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $15,900 |
| 6/6/2025 | 6/6/2025 | Debit | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($7,256.74) |
| 6/4/2025 | 6/4/2025 | Debit | To MVP: TO ****0078 - TRUIST ONLINE TRANSFER | ($140) |
| 6/4/2025 | 6/4/2025 | Debit | To MVP: TO ****0078 - TRUIST ONLINE TRANSFER | ($1,971) |
| 6/2/2025 | 6/2/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $10,969 |
| 6/2/2025 | 6/2/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $12,386 |
| 6/2/2025 | 6/2/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $28,700 |
| 5/30/2025 | 5/30/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $23,912.86 |
| 5/27/2025 | 5/27/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $54 |
| 5/27/2025 | 5/27/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $1,000 |
| 5/27/2025 | 5/27/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $3,211 |
| 5/27/2025 | 5/27/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $4,514 |
| 5/27/2025 | 5/27/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $11,000 |
| 5/27/2025 | 5/27/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $14,917 |
| 5/27/2025 | 5/27/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $17,066 |
| 5/27/2025 | 5/27/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $36,354 |
| 5/27/2025 | 5/27/2025 | Debit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | ($5,979.47) |
| 5/22/2025 | 5/22/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $1,751.79 |
| 5/27/2025 | 5/27/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $54.00 |
| 5/27/2025 | 5/27/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $17,066.00 |
| 5/27/2025 | 5/27/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $4,514.00 |
| 5/22/2025 | 5/22/2025 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($20,147) |
| 5/22/2025 | 5/22/2025 | Debit | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($20,237) |
| 5/22/2025 | 5/22/2025 | Debit | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($31,426) |

| Date | Date | Type | Description | Amount |
|---|---|---|---|---|
| 5/20/2025 | 5/20/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $19,522 |
| 5/20/2025 | 5/20/2025 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($710.10) |
| 5/19/2025 | 5/19/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $2,573 |
| 5/27/2025 | 5/27/2025 | Debit | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($5,979) |
| 5/27/2025 | 5/27/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $1,000 |
| 5/27/2025 | 5/27/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $11,000 |
| 5/19/2025 | 5/19/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $6,000 |
| 5/19/2025 | 5/19/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $18,976 |
| 5/19/2025 | 5/19/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $38,000 |
| 5/16/2025 | 5/16/2025 | Debit | To Sandiwch: TO ****6355 - TRUIST ONLINE TRANSFER | ($11,100) |
| 5/16/2025 | 5/16/2025 | Debit | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($1,000) |
| 5/14/2025 | 5/14/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $2,500 |
| 5/12/2025 | 5/12/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $0.25 |
| 5/12/2025 | 5/12/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $0.63 |
| 5/12/2025 | 5/12/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $150 |
| 5/12/2025 | 5/12/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $200 |
| 5/12/2025 | 5/12/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $1,963 |
| 5/12/2025 | 5/12/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $2,867 |
| 5/12/2025 | 5/12/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $5,040 |
| 5/12/2025 | 5/12/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $18,480 |
| 5/12/2025 | 5/12/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $46,000 |
| 5/6/2025 | 5/6/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $5,759 |
| 5/6/2025 | 5/6/2025 | Debit | To Sandiwch: TO ****6355 - TRUIST ONLINE TRANSFER | ($1,382.97) |
| 5/2/2025 | 5/2/2025 | Debit | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($4,393) |
| 4/29/2025 | 4/29/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $919.54 |
| 4/29/2025 | 4/29/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $3,356.51 |
| 4/29/2025 | 4/29/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $4,233.03 |
| 4/29/2025 | 4/29/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $11,648 |
| 4/29/2025 | 4/29/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $13,924 |
| 4/28/2025 | 4/28/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $4,000 |
| 4/28/2025 | 4/28/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $4,000 |
| 4/28/2025 | 4/28/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $5,000 |
| 4/28/2025 | 4/28/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $10,000 |
| 4/25/2025 | 4/25/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $22,663.14 |
| 4/25/2025 | 4/25/2025 | Debit | To Sandiwch: TO ****6355 - TRUIST ONLINE TRANSFER | ($600) |
| 4/24/2025 | 4/24/2025 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($12,000) |
| 4/24/2025 | 4/24/2025 | Debit | To Sandiwch: TO ****6355 - TRUIST ONLINE TRANSFER | ($41,201.70) |
| 4/24/2025 | 4/24/2025 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($600) |
| 4/24/2025 | 4/24/2025 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($2,000) |
| 4/17/2025 | 4/17/2025 | Debit | To Sandiwch: TO ****6355 - TRUIST ONLINE TRANSFER | ($18,000) |
| 4/16/2025 | 4/16/2025 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($12,138) |
| 4/16/2025 | 4/16/2025 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($2,300) |
| 4/16/2025 | 4/16/2025 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($2,000) |
| 4/14/2025 | 4/14/2025 | Debit | To Sandiwch: TO ****6355 - TRUIST ONLINE TRANSFER | ($21,000) |
| 4/11/2025 | 4/11/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $22,715 |
| 4/11/2025 | 4/11/2025 | Debit | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($3,200) |
| 4/10/2025 | 4/10/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $0.01 |
| 4/10/2025 | 4/10/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $880 |
| 4/10/2025 | 4/10/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $3,411 |
| 4/10/2025 | 4/10/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $8,223 |
| 4/7/2025 | 4/7/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $25,900 |
| 4/7/2025 | 4/7/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $27,100 |
| 4/7/2025 | 4/7/2025 | Debit | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($4,000) |
| 4/7/2025 | 4/7/2025 | Debit | To Sandiwch: TO ****6355 - TRUIST ONLINE TRANSFER | ($22,000) |
| 4/4/2025 | 4/4/2025 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($22,125.22) |
| 3/31/2025 | 3/31/2025 | Debit | To Sandiwch: TO ****6355 - TRUIST ONLINE TRANSFER | ($10,000) |
| 3/27/2025 | 3/27/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $2,500 |
| 3/25/2025 | 3/25/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $7,454 |
| 3/25/2025 | 3/25/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $18,134 |
| 3/24/2025 | 3/24/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $26,223.99 |
| 3/24/2025 | 3/24/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $43,202 |
| 3/19/2025 | 3/19/2025 | Debit | To Sandiwch: TO ****6355 - TRUIST ONLINE TRANSFER | ($11,000) |
| 3/17/2025 | 3/17/2025 | Debit | To Sandiwch: TO ****6355 - TRUIST ONLINE TRANSFER | ($6,084.75) |
| 3/14/2025 | 3/14/2025 | Debit | To Sandiwch: TO ****6355 - TRUIST ONLINE TRANSFER | ($10,000) |
| 3/12/2025 | 3/12/2025 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($24,400) |
| 3/12/2025 | 3/12/2025 | Debit | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($2,400) |
| 3/11/2025 | 3/11/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $500 |

| | | | | |
|---|---|---|---|---|
| 3/11/2025 | 3/11/2025 | Debit | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($10,000) |
| 3/10/2025 | 3/10/2025 | Deposit | From Sandiwch: FROM ****6355 - TRUIST ONLINE TRANSFER | $37,799.13 |
| 3/7/2025 | 3/7/2025 | Debit | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($8,567.94) |
| 3/6/2025 | 3/6/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $809 |
| 3/6/2025 | 3/6/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $9,826.23 |
| 3/5/2025 | 3/5/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $3,589.47 |
| 3/4/2025 | 3/4/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $99.47 |
| 3/4/2025 | 3/4/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $567.30 |
| 3/4/2025 | 3/4/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $717.77 |
| 3/4/2025 | 3/4/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $1,376.56 |
| 3/4/2025 | 3/4/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $1,571.06 |
| 3/3/2025 | 3/3/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $3,807.76 |
| 3/3/2025 | 3/3/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $7,661.45 |
| 3/3/2025 | 3/3/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $12,537.97 |
| 3/3/2025 | 3/3/2025 | Debit | To Pizza: TO ****6355 - TRUIST ONLINE TRANSFER | ($5,000) |
| 3/3/2025 | 3/3/2025 | Debit | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($11,759.75) |
| 2/28/2025 | 2/28/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $2,757 |
| 2/28/2025 | 2/28/2025 | Debit | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($5,687) |
| 2/27/2025 | 2/27/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $1,220.71 |
| 2/27/2025 | 2/27/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $2,040.57 |
| 2/27/2025 | 2/27/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $4,400.34 |
| 2/27/2025 | 2/27/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $5,047.63 |
| 2/27/2025 | 2/27/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $11,440.60 |
| 2/25/2025 | 2/25/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $4,863 |
| 2/25/2025 | 2/25/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $22,335 |
| 2/24/2025 | 2/24/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $16,890 |
| 2/24/2025 | 2/24/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $24,161 |
| 2/20/2025 | 2/20/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $21,595 |
| 2/20/2025 | 2/20/2025 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($46,058) |
| 2/20/2025 | 2/20/2025 | Debit | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($500) |
| 2/19/2025 | 2/19/2025 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($12,345.86) |
| 2/18/2025 | 2/18/2025 | Debit | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($2,000) |
| 2/18/2025 | 2/18/2025 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($1,900) |
| 2/14/2025 | 2/14/2025 | Debit | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($2,000) |
| 2/12/2025 | 2/12/2025 | Debit | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($5,200) |
| 2/12/2025 | 2/12/2025 | Debit | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($1,952) |
| 2/11/2025 | 2/11/2025 | Debit | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($5,000) |
| 2/10/2025 | 2/10/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $1,056 |
| 2/10/2025 | 2/10/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $2,468 |
| 2/10/2025 | 2/10/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $2,652 |
| 2/10/2025 | 2/10/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $2,803 |
| 2/10/2025 | 2/10/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $16,059 |
| 2/10/2025 | 2/10/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $37,870 |
| 2/7/2025 | 2/7/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $1,000 |
| 2/7/2025 | 2/7/2025 | Debit | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($2,000) |
| 2/7/2025 | 2/7/2025 | Debit | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($3,648.74) |
| 2/6/2025 | 2/6/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $217.11 |
| 2/6/2025 | 2/6/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $973.79 |
| 2/6/2025 | 2/6/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $1,090.49 |
| 2/6/2025 | 2/6/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $1,378 |
| 2/6/2025 | 2/6/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $9,000 |
| 2/4/2025 | 2/4/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $3,057 |
| 2/4/2025 | 2/4/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $4,815.45 |
| 2/4/2025 | 2/4/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $6,659.59 |
| 2/3/2025 | 2/3/2025 | Debit | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($17,000) |
| 2/3/2025 | 2/3/2025 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($15,100) |
| 1/31/2025 | 1/31/2025 | Debit | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($2,000) |
| 1/30/2025 | 1/30/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $2,100 |
| 1/30/2025 | 1/30/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $4,000 |
| 1/28/2025 | 1/28/2025 | Debit | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($21,000) |
| 1/28/2025 | 1/28/2025 | Debit | To Pizza: ONLINE TO ****6479 - TRUIST ONLINE TRANSFER | ($5,819) |
| 1/28/2025 | 1/28/2025 | Debit | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($4,760) |
| 1/27/2025 | 1/27/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $894 |
| 1/27/2025 | 1/27/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $12,525 |
| 1/24/2025 | 1/24/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $340 |
| 1/24/2025 | 1/24/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $587.70 |
| 1/24/2025 | 1/24/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $661 |

| | | | | |
|---|---|---|---|---|
| 1/24/2025 | 1/24/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $5,095 |
| 1/24/2025 | 1/24/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $8,688 |
| 1/23/2025 | 1/23/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $743.75 |
| 1/23/2025 | 1/23/2025 | Deposit | From Pizza: FROM ****6479 - TRUIST ONLINE TRANSFER | $3,063 |
| 1/23/2025 | 1/23/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $3,362 |
| 1/21/2025 | 1/21/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $900 |
| 1/17/2025 | 1/17/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $4,000 |
| 1/17/2025 | 1/17/2025 | Debit | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($963) |
| 1/15/2025 | 1/15/2025 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($47,397.39) |
| 1/13/2025 | 1/13/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $1,993 |
| 1/13/2025 | 1/13/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $2,036 |
| 1/13/2025 | 1/13/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $15,412 |
| 1/13/2025 | 1/13/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $16,600 |
| 1/9/2025 | 1/9/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $11,857 |
| 1/9/2025 | 1/9/2025 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $27,658 |
| 1/7/2025 | 1/7/2025 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $1,907.98 |
| 1/3/2025 | 1/3/2025 | Debit | To Sandwich: TO ****6355 - TRUIST ONLINE TRANSFER | ($36,000) |
| 12/31/2024 | 12/31/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $11,431 |
| 12/31/2024 | 12/31/2024 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $18,678 |
| 12/31/2024 | 12/31/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($26,000) |
| 12/31/2024 | 12/31/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($35,149.08) |
| 12/31/2024 | 12/31/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($16,000) |
| 12/30/2024 | 12/30/2024 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $51,000 |
| 12/24/2024 | 12/24/2024 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $21,000 |
| 12/23/2024 | 12/23/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $6,000 |
| 12/23/2024 | 12/23/2024 | Deposit | From Sandwich: FROM ****6355 - TRUIST ONLINE TRANSFER | $24,890 |
| 12/23/2024 | 12/23/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($3,000) |
| 12/20/2024 | 12/20/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $8,570 |
| 12/19/2024 | 12/19/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $772.25 |
| 12/19/2024 | 12/19/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $6,900 |
| 12/17/2024 | 12/17/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $5,000 |
| 12/16/2024 | 12/16/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $28,000 |
| 12/9/2024 | 12/9/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($8,000) |
| 12/5/2024 | 12/5/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($28,000) |
| 11/21/2024 | 11/21/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($15,000) |
| 11/19/2024 | 11/19/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($2,000) |
| 11/18/2024 | 11/18/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $9,100 |
| 11/18/2024 | 11/18/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($38,000) |
| 11/7/2024 | 11/7/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $4,500 |
| 11/5/2024 | 11/5/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $3,000 |
| 11/5/2024 | 11/5/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($700) |
| 11/4/2024 | 11/4/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $11,000 |
| 10/24/2024 | 10/24/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($6,500) |
| 10/22/2024 | 10/22/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $32,000 |
| 10/22/2024 | 10/22/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($17,000) |
| 10/21/2024 | 10/21/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($6,000) |
| 10/9/2024 | 10/9/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $3,800 |
| 10/9/2024 | 10/9/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $9,700 |
| 10/8/2024 | 10/8/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $5,100 |
| 10/8/2024 | 10/8/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($23,000) |
| 10/7/2024 | 10/7/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($18,000) |
| 10/7/2024 | 10/7/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($10,000) |
| 10/1/2024 | 10/1/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $3,000 |
| 10/1/2024 | 10/1/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $4,000 |
| 9/23/2024 | 9/23/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($12,000) |
| 9/18/2024 | 9/18/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $20,500 |
| 9/12/2024 | 9/12/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($12,000) |
| 9/9/2024 | 9/9/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($13,500) |
| 9/9/2024 | 9/9/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($5,000) |
| 9/6/2024 | 9/6/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($25,000) |
| 9/5/2024 | 9/5/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $15,846 |
| 8/27/2024 | 8/27/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $3,727 |
| 8/26/2024 | 8/26/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $10,000 |
| 8/26/2024 | 8/26/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($7,000) |
| 8/23/2024 | 8/23/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($22,000) |
| 8/16/2024 | 8/16/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $3,500 |
| 8/14/2024 | 8/14/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $1,000 |

| | | | | |
|---|---|---|---|---|
| 8/14/2024 | 8/14/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $4,500 |
| 8/13/2024 | 8/13/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $6,600 |
| 8/1/2024 | 8/1/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($12,000) |
| 7/31/2024 | 7/31/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($35,000) |
| 7/31/2024 | 7/31/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($500) |
| 7/29/2024 | 7/29/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $13,000 |
| 7/29/2024 | 7/29/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($15,000) |
| 7/16/2024 | 7/16/2024 | Deposit | From Maverick: FROM ****4364 - TRUIST ONLINE TRANSFER | $1,000 |
| 7/15/2024 | 7/15/2024 | Debit | To Maverick: TO ****4364 - TRUIST ONLINE TRANSFER | ($13,000) |

*Paid from Matadoor 4380*

| Posted Date | Transaction Date | Transaction Type | Description | Amount |
|---|---|---|---|---|
| 11/21/2024 | 11/21/2024 | Debit | WEB PMTS NEWREZ-SHELLPOIN 0690384169 INTERNET PAYMENT | $13,612.45 |
| 11/22/2024 | 11/22/2024 | Debit | ACH PMT NEWREZ-SHELLPOIN 0690384169 TELEPHONE PAYMENT | $27,868.87 |
| 11/25/2024 | 11/25/2024 | Debit | WEB PMTS NEWREZ-SHELLPOIN 0690384169 INTERNET PAYMENT | $13,612.45 |
| 1/3/2025 | 1/3/2025 | Debit | WEB PMTS NEWREZ-SHELLPOIN 0690384169 INTERNET PAYMENT | $13,612.45 |
| 3/12/2025 | 3/12/2025 | Debit | WEB PMTS NEWREZ-SHELLPOIN 0690384169 INTERNET PAYMENT | $27,224.90 |
| 4/1/2025 | 4/1/2025 | Debit | WEB PMTS NEWREZ-SHELLPOIN 0690384169 INTERNET PAYMENT | $14,116.42 |
| 4/29/2025 | 4/29/2025 | Debit | WEB PMTS NEWREZ-SHELLPOIN 0690384169 INTERNET PAYMENT | $13,612.45 |
| 6/11/2025 | 6/11/2025 | Debit | WEB PMTS NEWREZ-SHELLPOIN 0690384169 INTERNET PAYMENT | $13,612.45 |
| | | | | **$137,272.44** |

**Paid from Matadoor 4380**

| Posted Date | Transaction Date | Transaction Type | Description | Amount |
|---|---|---|---|---|
| 11/26/2024 | 11/26/2024 | Debit | CREDITCARD BARCLAYCARD US 1200516581 INTERNET PAYMENT | $637.10 |
| 12/13/2024 | 12/13/2024 | Debit | CREDITCARD BARCLAYCARD US 1207257861 INTERNET PAYMENT | $4,000 |
| 1/6/2025 | 1/6/2025 | Debit | CREDITCARD BARCLAYCARD US 1215499975 INTERNET PAYMENT | $2,000 |
| 1/28/2025 | 1/28/2025 | Debit | CREDITCARD BARCLAYCARD US 1224413142 INTERNET PAYMENT | $2,000 |
| 2/28/2025 | 2/28/2025 | Debit | CREDITCARD BARCLAYCARD US 1236428021 INTERNET PAYMENT | $1,980 |
| 3/10/2025 | 3/10/2025 | Debit | CREDITCARD BARCLAYCARD US 1240081924 INTERNET PAYMENT | $1,800 |
| 4/8/2025 | 4/8/2025 | Debit | CREDITCARD BARCLAYCARD US 1251613076 INTERNET PAYMENT | $1,000 |
| 5/9/2025 | 5/9/2025 | Debit | CREDITCARD BARCLAYCARD US 1263458209 INTERNET PAYMENT | $1,500 |
| 5/12/2025 | 5/12/2025 | Debit | CREDITCARD BARCLAYCARD US 1264430778 INTERNET PAYMENT | $2,491.53 |
| 11/25/2024 | 11/25/2024 | Debit | PAYMENT CITI CARD ONLINE 421547133261961 INTERNET PAYMENT | $3,843.31 |
| 1/6/2025 | 1/6/2025 | Debit | PAYMENT CITI CARD ONLINE 421583500910201 INTERNET PAYMENT | $2,071.36 |
| 3/10/2025 | 3/10/2025 | Debit | PAYMENT CITI CARD ONLINE 431637820621982 INTERNET PAYMENT | $2,040.73 |
| 5/12/2025 | 5/12/2025 | Debit | PAYMENT CITI CARD ONLINE 431693029458556 INTERNET PAYMENT | $17,906.34 |
| 6/18/2025 | 6/18/2025 | Debit | PAYMENT CITI CARD ONLINE 431725802910035 INTERNET PAYMENT | $5,554.29 |
| 12/18/2024 | 12/18/2024 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $121.20 |
| 12/18/2024 | 12/18/2024 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $200 |
| 12/18/2024 | 12/18/2024 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $1,644.50 |
| 1/6/2025 | 1/6/2025 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $759.52 |
| 1/6/2025 | 1/6/2025 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $809.40 |
| 1/16/2025 | 1/16/2025 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $2,000 |
| 2/3/2025 | 2/3/2025 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $2,000 |
| 2/11/2025 | 2/11/2025 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $2,000 |
| 2/13/2025 | 2/13/2025 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $120 |
| 2/28/2025 | 2/28/2025 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $2,000 |
| 3/3/2025 | 3/3/2025 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $1,800 |
| 3/3/2025 | 3/3/2025 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $1,800 |
| 3/10/2025 | 3/10/2025 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $947.50 |
| 3/10/2025 | 3/10/2025 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $1,980 |
| 3/11/2025 | 3/11/2025 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $1,950 |
| 5/6/2025 | 5/6/2025 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $2,000 |
| 5/6/2025 | 5/6/2025 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $2,000 |
| 5/12/2025 | 5/12/2025 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $997.02 |
| 5/12/2025 | 5/12/2025 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $18,620.05 |
| 7/14/2025 | 7/14/2025 | Debit | ACH PMT AMEX EPAYMENT ARGUS WILEY ACH CORP DEBIT | $120.35 |
| | | | | **$92,694.20** |

### Paid from Matadoor 4380

| | | | | |
|---|---|---|---|---:|
| 1/28/2025 | 1/28/2025 | Debit | SLMLOANPMT Sallie Mae Bank 5010539758 TELEPHONE PAYMENT | $788.93 |
| 2/11/2025 | 2/11/2025 | Debit | SLMLOANPMT Sallie Mae Bank 5500853423 INTERNET PAYMENT | $2,766.68 |
| 2/20/2025 | 2/20/2025 | Debit | SLMLOANPMT Sallie Mae Bank 5010539758 TELEPHONE PAYMENT | $788.93 |
| 2/27/2025 | 2/27/2025 | Debit | SLMLOANPMT Sallie Mae Bank 5542710959 TELEPHONE PAYMENT | $788.93 |
| 3/26/2025 | 3/26/2025 | Debit | SLMLOANPMT Sallie Mae Bank 5500853423 TELEPHONE PAYMENT | $861.76 |
| 4/2/2025 | 4/2/2025 | Debit | SLMLOANPMT Sallie Mae Bank 5010539758 TELEPHONE PAYMENT | $788.93 |
| | | | | **$6,784.16** |